| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**MARK E. ELLIS SBN 127159**<br>**Ellis Law Group, LLP**<br>**1425 River Park Drive Suite 400**<br>**Sacramento, CA 95815**<br>ATTORNEY FOR   **Plaintiff** | TELEPHONE NUMBER<br>**(916) 283-8820** | FOR COURT USE ONLY |
|---|---|---|
| SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Digital Media Solutions, LLC v. Zeetogroup, LLC | | |
| DATE:            TIME:             DEP./DIV. | | CASE NUMBER:<br>22CV01184 JLS-AHG |
| **Declaration of Service** | | Ref. No. or File No:<br>Digital v. Zeetogroup |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**Summons; Complaint; Civil Case Cover Sheet**

On: **Zeetogroup, LLC**

I served the summons at:

**501 W Broadway Ste 1480,  San Diego, CA 92101**

On: **8/17/2022**          Date:  **10:57 AM**

In the above mentioned action  by personally serving to and leaving with
**Danielle Peña  - Attorney**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Ramoncito Aquitania**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **110.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Ramoncito Aquitania                                          Date: 08/17/2022

Declaration of Service                                          Invoice #: 6308674