Jacob A. Gillick, SBN 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendant Zeetogroup, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Defendants. | Case No. 22CV1184 JLS AHG<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 3, 2022<br>Time: 1:30 p.m.<br>Dept: 4D<br>Judge: Hon. Janis L. Sammartino |

| | |
|---|---|
| 1 | TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on November 3, 2022, at 1:30 p.m., |

1  TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on November 3, 2022, at 1:30 p.m., Defendants move this Court for summary judgement of Plaintiff's First, Second, and Third causes of action in Defendant's favor.

Plaintiff's First Cause of Action for Breach of Written Contract should be dismissed as there is no material dispute that ZeetoGroup, LLC ("Zeeto") may decide in its sole discretion not to pay invoices in the event of fraud. Despite not requiring a third party verification, Anura reports confirm that Digital Media Solutions, LLC ran fraudulent traffic through Zeeto's properties. Zeeto had full authority to withhold invoices and has done such pursuant to the valid agreement between the parties. Therefore, no cause of action exists for breach of contract.

Plaintiff's Second Cause of Action for Breach of Implied Duty of Good Faith and Fair Dealing should be dismissed as there is no material dispute that Zeeto may decide in its sole discretion not to pay invoices in the event of fraud. Despite not requiring a third-party verification, Anura reports confirm that DMS ran fraudulent traffic through Zeeto's properties. Zeeto had full authority to withhold invoices and has done such pursuant to the valid agreement between the parties. Therefore, no cause of action exists for breach of the implied duty of good faith and fair dealing.

Plaintiff's Third Cause of Action for Unfair Competition should be dismissed as there is no material dispute that Zeeto may decide in its sole discretion not to pay invoices in the event of fraud. Despite not requiring a third-party verification, Anura reports confirm that DMS ran fraudulent traffic through Zeeto's properties. Zeeto had full authority to withhold invoices and has done such pursuant to the valid agreement between the parties. Therefore, no cause of action exists for breach of unfair competition laws as all actions are done pursuant to the valid and existing agreement between the parties.

/ / /

/ / /

This motion is based upon this notice, the supporting memorandum of points and authorities, the Declaration of Stephan Goss as well as the documents in the Court's file and upon other such oral arguments, if ordered by the Court, and documentary evidence as may be presented at the hearing of this matter.

          Respectfully submitted,

          **PHG Law Group**

Dated: September 13, 2022      *s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Defendant Zeetogroup, LLC