1  Jacob A. Gillick, SBN 312336
   jgillick@PHGLawGroup.com
2  PHG Law Group
   501 West Broadway, Suite 1480
3  San Diego, CA 92101
   Telephone: (619) 826-8060
4  Facsimile: (619) 826-8065

5  Attorneys for Defendant Zeetogroup, LLC

6

7

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  DIGITAL MEDIA SOLUTIONS,          Case No. 22CV1184 JLS AHG
    LLC,
12                                    **DECLARATION OF STEPHAN GOSS**
                        Plaintiff,    **IN SUPPORT OF MOTION FOR**
13                                    **SUMMARY JUDGMENT**
        v.
14                                    Date:      November 3, 2022
    ZEETOGROUP, LLC,                  Time:      1:30 p.m.
15                                    Dept:      4D
                        Defendants.   Judge:     Hon. Janis L. Sammartino
16

17

18

19

20

21

22

23

24

25

26

27

28

                                1

GOSS DECLARATION                              22CV1184 JLS AHG

Doc ID: 98ff74564a30e03704548f8b588b899094e85571

1   I, Stephan Goss, declare as follows:

2       1.     I am the President and CEO of Zeetogroup, LLC a party to this action.

3   I have personal knowledge of the facts contained in this declaration and, if called as

4   a witness, could and would testify as such.

5       2.     ZeetoGroup, LLC ("Zeeto") is in the business of displaying ads to

6   customers based on data.  One way to do this is through the Zeeto Ad Network

7   ("ZAN").

8       3.     ZAN allows advertisers to place advertisements on websites of its

9   Publishing partners, for example DMS, and pays those publishers a percentage of

10   the price paid by the advertiser to Zeeto.

11       4.     Publishers get paid a percentage of the revenue that is paid by

12   advertisers, the more traffic they send, the more they get paid.  Some publishers

13   abuse this arrangement by sending what is called "fraudulent traffic."

14       5.     "Fraudulent traffic" is a deceptive and unethical practice used to make

15   it seem as if the Publisher had displayed the ads to people that might be interested,

16   when in fact they did not.

17       6.     There are many ways to accomplish this, including bots that generate

18   fake ad impressions or "click farms" where a real human is paid to produce fake

19   clicks with no chance of conversion.

20       7.     DMS supplying fraudulent traffic to ZAN caused direct harm to Zeeto

21   as well as its advertisers, thereby putting Zeeto in jeopardy of sullying its reputation

22   which is based on selling high quality advertising space, free of fraudulent traffic.

23       8.     On or around August 23, 2018, DMS and Zeeto entered into the

24   Publisher Terms of Service Agreement ("Publisher Agreement"). Attached hereto

25   as Exhibit 1 is a true and correct copy of this agreement.

26   ///

27   ///

28   ///

2

GOSS DECLARATION                        22CV1184 JLS AHG

Doc ID: 98ff74564a30e03704548f8b588b899094e85571

9.      Given this relationship where Publishers like DMS supply traffic through procurement methods over which Zeeto has no insight, Zeeto implemented multiple safeguards in its Agreement to prevent DMS, or any other client, from attempting to send fraudulent traffic to Zeeto and then charging them for it.

10.     We use Anura, a top provider of fraud detection, to detect fraudulent activity. Zeeto has been working with Anura for years to protect its properties.

11.     Anura is so well trusted in the industry, that DMS itself also used Anura to monitor traffic it was purchasing, clearly showing that Anura is a trusted third party by everyone, even DMS.

12.     Attached hereto as Exhibit 2 is an Anura report run from April 1, 2021, through June 30, 2021, of DMS's traffic through the ZAN platform.

13.     Attached hereto as Exhibit 3 is an Anura report run from July 1, 2021, through September 30, 2021.

14.     Zeeto does not dispute that DMS sent traffic during the months in question.  However, it used its authority to withhold payments while it investigated possible fraud. Zeeto also does not dispute that if the traffic had been free of fraud (as determined by Zeeto), then Zeeto would owe $944,176.27.  Zeeto has discovered fraud and in its own discretion refuses to compensate DMS for fraud.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

GOSS DECLARATION

22CV1184 JLS AHG

Doc ID: 98ff74564a30e03704548f8b588b899094e85571

1     15.    Zeeto is explicitly named by the agreement as to who makes the

2  determination of if there was fraudulent traffic.  Zeeto, in its "sole discretion"

3  determines if there had been a violation of section 3(d).  Zeeto, in its sole

4  discretion, has determined that there was fraudulent traffic and therefore withheld

5  payment during investigation before eventually deciding not to pay for the

6  fraudulent traffic.

7     I declare under penalty of perjury, under the law of The United States of

8  California that the foregoing is true and correct.  Executed this 8th day of

9  September, 2022.

Stephan Goss

                          

Doc ID: 98ff74564a30e03704548f8b588b899094e85571

# EXHIBIT 1

DocuSign Envelope ID: 388E9D49-F903-4396-B43E-8E178E045CC2

### Zeeto Publisher Terms of Service

Welcome to the Zeeto Platform!

Thank you for your interest in Zeeto's monetization and advertising services (the **"Services"**). By using our Services, you agree to these terms (the **"Zeeto Publisher Terms"**) as well as any other applicable Zeeto policies (collectively, the **"Agreement"**). If ever in conflict, the Zeeto Terms will take precedence over any other terms of the Agreement. The **"Zeeto Platform"** is comprised of the Services, the Zeeto Technology (as defined below), and Zeeto's online publisher portal. As used in this agreement, **"you"** or **"Publisher"** means the individual or entity using the Zeeto Services and/or any individual, entity, successor entity, agency or network acting on your behalf. **"We"**, **"us"** or **"Zeeto"** means ZeetoGroup LLC and the **"parties"** means you and Zeeto.

1.   **Services**. Zeeto has the right to refuse or limit your access to the Services. Any access to the Services must be approved by Zeeto (approval may be granted upon the creation of your account) and can be revoked by Zeeto at any time and for any reason by terminating your access to your account.   You may also choose to opt-out of any one of Zeeto's Services by providing Zeeto with written notice. By enrolling in the Zeeto Platform, you will have access to Zeeto's software (the **"Zeeto Technology"**).

When engaging in the Zeeto Platform and when placing the Zeeto Technology on your website, application, mobile site, or any other property owned by Publisher (the **"Publisher Site"**), you permit Zeeto to serve questions, advertisements, retargeting cookies and other monetization methods on the Publisher Site. You agree that Zeeto may use the data that is being generated from the Zeeto Technology by selling it to third parties under the methods approved by the Publisher and in accordance to the revenue share.

2.   **Applicable Use of Services**. You may only use the Services as expressly permitted by this Agreement and any applicable laws.   You will be solely responsible for all usage and activity on your account, including but not limited to, any bids, posts, or approvals. You will immediately notify Zeeto upon discovery of any actual or suspected unauthorized use of your account. Zeeto may provide additional policies for your use of the Zeeto Platform from time to time (the **"Policies of Use"**). You agree to comply with the Policies of Use at all times or discontinue use of the Zeeto Platform. You agree to not hide, cloak or obfuscate how you use Zeeto Technology, or modify, alter, reverse engineer, disassemble, decompile, decode, or create derivative works of any part of the Zeeto Platform.

3.   **Publisher Site Guidelines**. You agree that the Publisher Site will comply with the following guidelines:

   a.   _Privacy Policy_. At all times during the Agreement and your use of the Zeeto Platform, you agree to maintain a clear and conspicuous privacy policy posted on the Publisher Site that: (a) complies will all applicable legal, regulatory, and self-regulatory requirements, including, but not limited to, the Federal Trade Commission ("FTC") guidelines and the Digital Advertising Alliance's Self-Regulatory Principles for Online Behavioral Data; (b) adequately discloses that you enable third parties to collect, share, and use personally identifiable information and user data; and (c) provides individuals with the option to opt-out either via www.aboutads.info/choices or www.networkadvertising.org. You agree that you are solely responsible for the content within your privacy policy, and acknowledge that Zeeto will not provide any terms or privacy policies for your use.



DocuSign Envelope ID: 388E9D49-F903-4396-B43E-8E178E045CC2

b.  Children's Online Privacy and Protection Act of 1998 ("COPPA"). If you use the Zeeto Platform for any Publisher Site directed towards children or governed by COPPA, you will provide prior notice to Zeeto. If Zeeto approves the Publisher Site, you will at all times comply with COPPA.

c.  Prohibited Content. Unless Zeeto provides prior written consent, you may not place the Zeeto Technology on any part of the Publisher Site containing the following:

    i.  Deceptive or misleading content, or content that otherwise fails to comply with applicable federal and state consumer protection laws;

    ii.  Content that infringes upon the personal rights, trademark, trade name, logo, publicity right, copyright, or other intellectual property right of any third party;

    iii.  Content that would be considered an invasion of privacy, degrading, or libelous;

    iv.  Content that is construed as violent, discriminatory, pornographic, or hate speech;

    v.  Malware or adware; or

    vi.  Content that is illegal, promotes illegal activity, or infringes on the legal rights of others.

d.  Deceptive Practices. Zeeto reserves the right to terminate this Agreement and investigate Publisher for deceptive practices at its sole discretion. "Deceptive Practices" for the purposes of this Agreement include, but are not limited to, the following:

    i.  Using fake redirects, automated software, fraud, or acting in any way to generate false clicks or leads ("Click Fraud");

    ii.  Generating multiple leads using proxy servers;

    iii.  Using iFrames, hidden frames, or redirects; and/or

    iv.  Any method in which you use the Zeeto Platform in attempt to increase your revenue in a dishonest or deceitful way that harms the quality of the Zeeto Platform and it's users.

e.  Damages. If Zeeto determines that Publisher has violated any portion of this Section 3, Zeeto may withhold payment owed to Publisher. Furthermore, if Publisher violates Section 3(d), Publisher agrees to pay an amount equal to $100,000 in liquidated damages. Publisher agrees that the liquidated damages constitutes compensation and are not construed as a penalty. Publisher acknowledges that actual damages may be difficult to currently estimate or determine based on a breach of Section 3(d) and that the liquidated damages are a reasonable estimate of the anticipated or actual harm that may arise from a breach of this Section 3(d).

4.  **Payment.** By agreeing to allow Zeeto to monetize your traffic, Zeeto will pay you based on a revenue share of the revenues generated on behalf of Publisher by the Zeeto Technology. Zeeto will retain the agreed to percentage of the revenue for each calendar month and payment will be made from Zeeto to Publisher on a net 30 basis for the remainder of the revenue. The revenue share percentage and other terms applicable to monetizing and revenue sharing will be presented to you in the Zeeto Platform, if applicable. The Zeeto Platform also includes reporting, which will provide information regarding transactions and other information regarding performance.

You acknowledge and agree that Zeeto's tracking statistics will be used to determine the numbers upon which payment is made. Zeeto will not pay Publisher in the case of (as Zeeto may determine in its sole discretion): spam, fraud, submission of false leads/data, violation of this Agreement, and any other way the Publisher (or a third party on Publisher's behalf) may use to artificially inflate revenues or disadvantage advertisers in any way.



DocuSign Envelope ID: 388E9D49-F903-4398-B43E-8E178E045CC2

5.  **Termination**. You may terminate this Agreement at any time by removing the Zeeto Technology from your Property and by canceling your Publisher account in writing.

Zeeto may also terminate this Agreement at any time and for any reason. If we terminate the Agreement due to your breach of the Agreement we may withhold payments and/or charge back your account. You may not create a new account once we terminate the agreement without prior written consent from us. Upon termination of this Agreement, all licenses granted through this Agreement will immediately terminate.

6.  **Intellectual Property**. Other than expressly stated in this Agreement, neither party will acquire any right, title or interest in any intellectual property rights belonging to the other party or the other party's licensors. Each party agrees that it solely assumes all responsibility for its respective intellectual property.

If Zeeto provides you with software in connection with the Services, we grant you a non-exclusive, non-sublicensable, non-transferable, and revocable license for use of such software during the term of this Agreement. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Zeeto, in the manner permitted by this Agreement. You may not copy, modify, distribute, sell, license, lease, or create derivative works of any part of the Zeeto Platform or other included software, nor may you reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.

As between the Publisher and Zeeto, any personally identifiable information of users that is passed from the Publisher to Zeeto is the sole property of the Publisher. The Publisher grants Zeeto a perpetual, irrevocable, royalty-free and fully paid up license to use and sell all such user personally identifiable information on the behalf of the Publisher under the revenue share arrangement described in Section 4.

Zeeto will own any question answers generated by the Publisher's use of the Services, but Zeeto will not use the answers to aid any other publishers without your express consent. Any revenue generated from the answers will be under the revenue share arrangement described within Section 4. Any aggregated data may be used by Zeeto to improve its technology, and for marketing purposes. This does not grant the Publisher any right or title to that technology.

7.  **Confidentiality**. You agree not to disclose Zeeto Confidential Information without our prior written consent. "Zeeto Confidential Information" includes: (a) all Zeeto software, technology, data and information relating to the Services; (b) if applicable, the existence of, and information about, beta or trial features in a Service; and (c) any other information made available by Zeeto that is marked confidential or any other information that would normally be considered confidential under the circumstances presented. Zeeto Confidential Information does not include information that you already knew lawfully prior to your use of the Services, that was public knowledge or becomes public knowledge through no fault of yours, that was independently developed by you, or that was lawfully given to you by a third party without a breach of any confidentiality obligations.

8.  **Indemnity**. You agree to indemnify and defend Zeeto, its affiliates, subsidiaries, agents, advertisers, employees, and officers from and against any and all third party losses, liabilities, claims, damages, and costs arising out of or related to: (a) a breach of any warranties, representations, covenants, or agreements within this Agreement; (b) the Publisher Site, including any content served on the Publisher Site that is



DocuSign Envelope ID: 388E9D49-F903-4396-B43E-8E178E045CC2

not served by Zeeto; (c) your use of advertising, methods of generating traffic and any claims deriving thereof; or (d) your use of the Services.

9.   **Representations and Warranties**.  You represent and warrant that: (a) you have the right and authority to enter into this Agreement and grant the rights granted within; (b) you own the Publisher Website, or have sufficient rights to act on the behalf of the owner; (c) you have control over the Publisher Site and the way the Services will be implemented on the Publisher Site; (d) your use of the Services and the Zeeto Technology will be in accordance with all applicable law; (e) the performance of any obligations within this Agreement will not result in a breach of any other agreement or legal obligation to which you are bound; and (f) all information provided by you to Zeeto is correct and current.

10.  **Disclaimers and Limitation of Liability**.  EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, WE MAKE NO PROMISES OR WARRANTIES ABOUT THE SERVICES, AND THEY ARE PROVIDED ON AN "AS IS, AS AVAILABLE" BASIS. WE DO NOT GUARANTEE THAT THE SERVICES WILL GENERATE REVENUE OR MEET YOUR EXPECTATIONS. EXCEPT AS SPECIFICALLY STATED WITHIN THIS AGREEMENT, WE DISCLAIM ANY REPRESENTATIONS AND WARRANTIES, WHETHER EXPRESS, STATUTORY, OR IMPLIED, INCLUDING WITHOUT LIMITATION: WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, FITNESS FOR A PARTICULAR PURPOSE, TITLE, USAGE OF TRADE, COURSE OF DEALINGS, ACCURACY OR COMPLETENESS OF RESULTS, DATA OR INFORMATION.

TO THE EXTENT PERMITTED BY LAW, EXCEPT FOR INDEMNIFICATION OBLIGATIONS, CONFIDENTIALITY OBLIGATIONS, OR A BREACH OF ANY INTELLECTUAL PROPERTY RIGHTS, IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL, SPECIAL, INDIRECT, ECONOMIC, EXEMPLARY, AGGRAVATED, OR PUNITIVE DAMAGES WHATSOEVER ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT, EVEN IF SUCH DAMAGES WERE FORESEEABLE. NOTWITHSTANDING ANY OF THE FOREGOING, EXCEPT FOR INDEMNIFICATION OBLIGATIONS, PAYMENT OBLIGATIONS, CONFIDENTIALITY OBLIGATIONS, CLAIM FOR MISAPPROPRIATION OR INFRINGEMENT, OR A BREACH OF ANY INTELLECTUAL PROPERTY RIGHTS, EACH PARTY'S TOTAL CUMULATIVE LIABILITY HEREUNDER, FROM ALL CAUSES OF ACTION OF ANY KIND, SHALL BE LIMITED TO THE REVENUES GENERATED BY THE SERVICES DURING THE SIX (6) MONTHS PRIOR TO THE DATE THE CAUSE OF ACTION AROSE.

11.  **Miscellaneous**.

a.   **Entire Agreement, Amendments**. This Agreement is the entire agreement relating to your use of the Services and supersedes all prior or contemporaneous oral or written agreements and representations between the parties. Zeeto may make amendments to the Agreement from time to time. You will be notified of any such changes, and your continued use of the Zeeto Platform will be considered acceptance of the amendments.

b.   **Cumulative Remedies**. All rights and remedies provided in this Agreement are cumulative and not exclusive, and the exercise by either party of any right or remedy does not preclude the exercise of any other rights or remedies that may now or later be available at law, in equity, by statute, in any other agreement between the parties, or otherwise.



DocuSign Envelope ID: 388E9D49-F903-4396-B43E-8E178E045CC2

c. Injunctive Relief. The Publisher acknowledges and agrees that due to the unique nature of intellectual property, licenses, and Zeeto Confidential Information, there may be no adequate remedy at law for any breach of its obligations hereunder, that any such breach may allow the Publisher or third parties to unfairly compete with Zeeto resulting in irreparable harm to Zeeto, and therefore, that upon any such breach or any threat thereof, Zeeto shall be entitled to seek appropriate equitable relief, without the requirement of posting a bond or other security, in addition to whatever remedies it might have under this Agreement or at law.

d. Assignment. You may not assign or transfer any of your rights under this Agreement without the prior written consent of Zeeto.

e. Relationship of the Parties. The parties are independent contractors. There is no relationship of partnership, joint venture, employment, or franchise relationship between the parties as a result of this Agreement.

f. Non-Waiver/Severability. The failure to enforce any performance by the other party of any provision of this Agreement or to exercise its right under this Agreement shall not be deemed a waiver or relinquishment of such right, and no breach shall be considered excused unless such waiver is in writing. If any portion of this Agreement is ruled to be unenforceable, the remaining portions of the Agreement shall remain in full force and effect.

g. Governing Law and Venue. This Agreement will be governed by and construed in accordance with the laws of California without regard to its conflict of laws principles. The parties submit to the exclusive jurisdiction of the federal or state courts in San Diego, California, and you consent to the personal jurisdiction in those courts.

h. Force Majeure. Neither party will be liable for any inability to perform for reasons beyond its reasonable control, such as inclement weather, natural disaster, act of war or terrorism, governmental action, or Internet disturbance.

i. Notices. All notices under this Agreement from one party to the other will be sent in writing and transmitted via certified mail, courier, or email to the addresses set forth in the Zeeto Technology, or any other address as designated by you. We may contact you regarding any service announcements, updates, or other information.

By signing below, I certify that I have read and agree to the Agreement.

| ZEETO GROUP, LLC | PUBLISHER: Digital Media Solutions |
|---|---|
| BY (SIGNATURE): | BY (SIGNATURE): Rob Camhe |
| NAME: Stephan Goss | NAME: Rob Camhe |
| TITLE: CEO | TITLE: VP – Strategic Partnerships |
| DATE: 8/23/2018 | DATE: 8/23/2018 |



# EXHIBIT 2



# nura REPORT

Date Range: 04/01/2021 - 06/30/2021

Metric: Sessions

Instance: 1670155133

Source: N/A

Campaign: N/A

© 2021 Anura Solutions, LLC   |   888-337-0641



Page: 2 of 2

Campaign: N/A

Source: N/A

Instance: 1670155133
Sessions
04/01/2021 - 06/30/2021

© 2021 Anura Solutions, LLC          |          888-337-0641

Instance: 1670155133
Sessions
04/01/2021 - 06/30/2021

Source: N/A

Campaign: N/A

Page: 2 of 2

Page: 2 of 2

**anura**

Instance: 1670155133
Sessions
04/01/2021 - 06/30/2021

Source: N/A

Campaign: N/A

| Sources | Requests | Responses | Drop... | Good... | Good | Waiting | Warning... | Red | Bad... | Mobile | Mobile... | Ad Blocker | Ad Blocker... | Data Inte... | User Enviro... | Data Center | Traffic Ou... | IP Integrity | Spoofing | Web Cra... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

© 2021 Anura Solutions, LLC

888-337-0641

Page: 2 of 2

Instance: 1670155133

Sessions

04/01/2021 - 06/30/2021

Source: N/A

Campaign: N/A

| Source | Requests | Responses | Direc... | Good | Cond... | Warning | Bad | Bad... | Mobile | Mobile... | Ad Blocker | Ad Blocker... | Data Inte... | User Emula... | Data Center | Traffic Ce... | IP Integrity | Spoofing | Web Cra... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32Nuku | 10 (0.00%) | 10 (0.00%) | 60.00% | 2 (0.00%) | 73.02% | 1 (0.00%) | 0 | 0.00% | 4 (0.00%) | 100.00% | 0 | 0.00% | 0 | 1 (0.00%) | 0 | 0 | 4 (0.00%) | 0 | 0 |

© 2021 Anura Solutions, LLC

888-337-0641



Instance: 1670155133
Sessions
04/01/2021 - 06/30/2021

Source: N/A

Campaign: N/A

Page: 2 of 2

| Source | Requests | Response | Drop... | Good | Good... | Warning | Warning... | Bad | Bad... | Mobile | Mobile... | Ad Blocker | Ad Blocke... | Data Inte... | User Enviro... | Data Center | Traffic Cr... | IP Integrity | Spoofing | Web Cra... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | 9412611 | 6361659 | 25.17% | 5206128 | 81.86% | 908351 | 15.16% | 219899 | 4.85% | 5175417 | 91.32% | 123986 | 1.49% | 16 | 108702 | 127149 | 765 | 157523 | 39967 | 19685 |

© 2021 Anura Solutions, LLC     |     888-337-0641

# EXHIBIT 3



# anura REPORT

Date Range: 07/01/2021 - 09/30/2021



Metric: Sessions
Instance: 1670155133
Source: N/A
Campaign: N/A

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

Source: N/A

Campaign: N/A

Page: 1 of 2

**Anura**

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

Source: N/A

Campaign: N/A

| Source | Requests | Response | Drop Rate | Good Rate | Good | Bounce Rate | Warning | Bad | Bad Rate | Mobile | Mobile Rate | Ad Blocker | Ad Blocker Rate | Data Integrity | User Environment | Data Center | Traffic Origin | IP Integrity | Spoofing | Web Crawler |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

© 2021 Anura Solutions, LLC

888-337-0641

Page: 2 of 2

Campaign: N/A

Source: N/A

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

| Source | Requests | Responses | Drop Rate | Good | Good Rate | Warning | Warning Rate | Bad | Bad Rate | Mobile | Mobile Rate | Ad Blocker | Ad Blocker Rate | Data Integrity | User Environment | Data Center | Traffic Origin | IP Integrity | Spoofing | Web Crawler |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202143 | 4115 | 2662 | 34.18% | 3760 | 91.37% | 298 | 7.24% | 57 | 1.39% | 3850 | 93.68% | 35 | 0.61% | 0 | 303 | 40 | 0 | 54 | 19 | 2 |
| 202213 | 5742 | 2988 | 47.96% | 3862 | 62.90% | 901 | 30.13% | 205 | 6.85% | 2312 | 77.31% | 75 | 2.44% | 0 | 1904 | 111 | 0 | 92 | 33 | 15 |
| (unconfined) | 4944 | 3908 | 19.32% | 4404 | 86.60% | 404 | 10.31% | 936 | 22.87% | 1932 | 43.02% | 186 | 4.72% | 0 | 1317 | 472 | 8 | 332 | 447 | 8 |
| TestPageRebook | 2970 | 1873 | 52.60% | 362 | 19.57% | 163 | 8.70% | 1346 | 71.90% | 529 | 17.22% | 63 | 3.16% | 0 | 1505 | 505 | 0 | 1957 | 630 | 57 |
| XXXX01 | 3470 | 1762 | 32.89% | 1461 | 83.35% | 171 | 8.90% | 187 | 7.78% | 1285 | 69.62% | 70 | 4.35% | 0 | 293 | 84 | 0 | 90 | 62 | 30 |
| 203916 | 2492 | 1796 | 28.79% | 1077 | 81.66% | 619 | 35.46% | 50 | 2.80% | 1780 | 99.06% | 20 | 1.19% | 0 | 602 | 8 | 0 | 25 | 8 | 0 |
| 20-2216 | 2495 | 915 | 62.40% | 820 | 97.35% | 56 | 6.18% | 39 | 8.04% | 843 | 92.12% | 10 | 2.02% | 0 | 104 | 2 | 0 | 13 | 6 | 1 |
| 201903 | 1932 | 1697 | 15.57% | 66 | 3.42% | 46 | 2.81% | 1585 | 93.77% | 42 | 2.87% | 26 | 1.71% | 0 | 1677 | 39 | 0 | 449 | 1286 | 2 |
| small number_ful | 1009 | 866 | 9.51% | 765 | 87.71% | 76 | 7.52% | 48 | 4.39% | 886 | 87.99% | 20 | 2.07% | 0 | 109 | 43 | 0 | 16 | 19 | 0 |
| 205041 | 1096 | 691 | 48.35% | 484 | 91.93% | 38 | 6.76% | 11 | 2.07% | 449 | 52.09% | 5 | 1.13% | 0 | 33 | 10 | 0 | 6 | 1 | 0 |
| 205279 | 505 | 778 | 9.21% | 489 | 90.77% | 240 | 31.59% | 41 | 5.18% | 630 | 103.47% | 29 | 3.72% | 0 | 281 | 14 | 0 | 32 | 14 | 10 |
| 205530 | 748 | 800 | 29.92% | 472 | 90.77% | 32 | 6.15% | 16 | 3.08% | 450 | 94.77% | 7 | 1.38% | 0 | 46 | 12 | 0 | 7 | 3 | 0 |
| 205205 | 645 | 626 | 2.70% | 0 | 0.02% | 0 | 0.16% | 627 | 99.84% | 312 | 81.63% | 2 | 0.32% | 0 | 628 | 2 | 0 | 503 | 380 | 0 |
| 205948 | 550 | 513 | 3.21% | 377 | 73.48% | 124 | 24.17% | 12 | 2.34% | 529 | 64.13% | 22 | 4.28% | 0 | 136 | 3 | 0 | 6 | 2 | 0 |
| 205954 | 696 | 498 | 9.14% | 317 | 63.65% | 30 | 6.97% | 149 | 29.73% | 319 | 64.90% | 22 | 4.42% | 0 | 179 | 95 | 0 | 68 | 104 | 0 |
| 205945 | 470 | 441 | 6.17% | 380 | 96.17% | 49 | 11.11% | 12 | 2.35% | 411 | 89.26% | 4 | 0.61% | 0 | 54 | 5 | 0 | 8 | 0 | 0 |
| 201047 | 411 | 226 | 47.90% | 188 | 82.92% | 30 | 16.49% | 5 | 2.41% | 214 | 94.69% | 4 | 1.77% | 0 | 76 | 2 | 0 | 7 | 0 | 0 |
| 105008 | 342 | 519 | 8.72% | 142 | 44.91% | 14 | 4.95% | 168 | 51.10% | 180 | 40.35% | 2 | 0.68% | 0 | 177 | 152 | 0 | 100 | 30 | 0 |
| rck8 | 270 | 270 | 12.74% | 1 | 1.48% | 1 | 0.34% | 269 | 98.18% | 1 | 3.26% | 7 | 0.38% | 0 | 270 | 2 | 0 | 256 | 1 | 3 |
| 201602 | 296 | 264 | 10.31% | 170 | 64.98% | 14 | 5.30% | 60 | 29.98% | 69 | 26.14% | 6 | 1.65% | 0 | 82 | 89 | 0 | 85 | 19 | 0 |
| 107146 | 249 | 232 | 6.40% | 196 | 84.46% | 32 | 13.79% | 4 | 1.72% | 222 | 96.95% | 1 | 0.43% | 0 | 50 | 4 | 0 | 2 | 1 | 0 |
| 201160 | 208 | 200 | 9.83% | 87 | 33.60% | 11 | 5.50% | 102 | 61.02% | 91 | 35.62% | 6 | 3.00% | 0 | 132 | 45 | 0 | 118 | 0 | 0 |
| MailedVAD | 204 | 198 | 4.90% | 22 | 66.90% | 3 | 3.57% | 22 | 21.43% | 13 | 6.07% | 9 | 4.63% | 0 | 16 | 21 | 0 | 9 | 1 | 0 |
| 205494 | 167 | 146 | 23.60% | 171 | 89.30% | 66 | 43.21% | 31 | 21.22% | 117 | 80.14% | 1 | 0.08% | 0 | 97 | 6 | 0 | 27 | 28 | 0 |
| 205699 | 167 | 138 | 17.37% | 105 | 32.61% | 91 | 65.56% | 2 | 1.43% | 150 | 94.42% | 0 | 0.02% | 0 | 84 | 0 | 0 | 1 | 0 | 0 |
| 160001 | 163 | 141 | 12.90% | 108 | 73.68% | 16 | 11.56% | 22 | 15.56% | 10 | 7.30% | 16 | 11.94% | 0 | 38 | 17 | 0 | 4 | 0 | 0 |
| Facebook_PM | 127 | 4 | 94.99% | 1 | 0.00% | 1 | 66.67% | 2 | 33.33% | 0 | 33.33% | 0 | 0.00% | 0 | 3 | 0 | 0 | 1 | 0 | 0 |
| 205456 | 88 | 80 | 9.09% | 74 | 92.50% | 5 | 6.25% | 1 | 1.25% | 66 | 81.25% | 1 | 1.26% | 0 | 6 | 0 | 0 | 1 | 1 | 0 |
| 205274 | 84 | 63 | 25.00% | 49 | 78.82% | 17 | 26.98% | 0 | 0.00% | 63 | 100.00% | 0 | 0.00% | 0 | 17 | 0 | 0 | 0 | 0 | 0 |
| 205075 | 71 | 70 | 37.14% | 19 | 27.14% | 8 | 11.43% | 43 | 61.43% | 24 | 34.29% | 0 | 0.00% | 0 | 51 | 43 | 0 | 27 | 0 | 0 |
| Facebook_50942 | 70 | 9 | 87.14% | 1 | 11.11% | 1 | 77.78% | 8 | 11.11% | 2 | 22.22% | 0 | 0.02% | 0 | 3 | 0 | 0 | 6 | 0 | 0 |
| Facebook_5W00 | 68 | 19 | 72.06% | 1 | 5.26% | 10 | 52.63% | 8 | 42.11% | 0 | 0.00% | 1 | 5.26% | 0 | 7 | 0 | 0 | 16 | 1 | 0 |
| 205810 | 67 | 36 | 43.28% | 21 | 58.33% | 11 | 28.95% | 6 | 19.70% | 12 | 51.68% | 2 | 5.83% | 0 | 8 | 1 | 0 | 14 | 0 | 0 |
| 205287 | 68 | 43 | 31.75% | 26 | 60.47% | 16 | 2.93% | 16 | 37.21% | 54 | 65.12% | 7 | 16.28% | 0 | 18 | 7 | 0 | 12 | 0 | 0 |

888-337-0641

© 2021 Anura Solutions, LLC

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

Source: N/A

Campaign: N/A

Page: 2 of 2

| Source | Requests | Responses | Drop Rate | Good | Good Rate | Warning | Warning Rate | Bad | Bad Rate | Mobile | Mobile Rate | Ad Blocker | Ad Blocker Rate | Data Integrity | User Enforcement | Data Center | Traffic Origin | IP Integrity | Spoofing | This Cluster |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DatingRotator (ads/usap) | 45 | 35 | 22.22% | 23 | 65.71% | 7 | 20.00% | 5 | 14.29% | 24 | 68.57% | 1 | 2.86% | 0 | 9 | 4 | 0 | 0 | 0 | 7 |
| email_04 | 43 | 36 | 14.29% | 29 | 80.56% | 2 | 5.56% | 5 | 13.89% | 4 | 11.11% | 2 | 5.56% | 0 | 7 | 5 | 0 | 0 | 4 | 0 |
| Facebook_SV05 | 35 | 19 | 45.71% | 2 | 10.53% | 7 | 36.84% | 10 | 52.63% | 11 | 57.89% | 2 | 10.53% | 0 | 14 | 0 | 0 | 13 | 0 | 2 |
| 202202 | 30 | 23 | 2.23% | 11 | 37.29% | 18 | 62.67% | 0 | 0.00% | 23 | 100.00% | 0 | 0.00% | 0 | 18 | 0 | 0 | 0 | 0 | 0 |
| J08051 | 27 | 27 | 0.00% | 23 | 81.48% | 1 | 3.70% | 4 | 14.81% | 6 | 22.22% | 0 | 0.00% | 0 | 5 | 4 | 0 | 2 | 0 | 0 |
| 322449 | 26 | 24 | 7.69% | 4 | 16.67% | 20 | 83.33% | 0 | 0.00% | 24 | 100.00% | 3 | 12.50% | 0 | 20 | 0 | 0 | 0 | 0 | 0 |
| 075305 | 25 | 18 | 28.00% | 10 | 55.56% | 2 | 11.11% | 6 | 33.33% | 0 | 0.00% | 0 | 0.00% | 0 | 8 | 0 | 0 | 3 | 0 | 3 |
| Facebook_SW447 | 25 | 10 | 60.00% | 0 | 0.00% | 7 | 70.00% | 3 | 30.00% | 0 | 0.00% | 1 | 0.00% | 0 | 9 | 0 | 0 | 10 | 0 | 0 |
| Facebook FA11 | 24 | 0 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 204318 | 23 | 22 | 4.35% | 6 | 27.27% | 11 | 50.00% | 5 | 22.73% | 0 | 0.00% | 0 | 0.00% | 0 | 16 | 5 | 0 | 4 | 0 | 0 |
| 050511 | 23 | 20 | 13.04% | 10 | 50.00% | 0 | 0.00% | 1 | 5.00% | 10 | 50.00% | 0 | 0.00% | 0 | 7 | 0 | 0 | 0 | 0 | 0 |
| hotPig | 23 | 17 | 26.09% | 6 | 35.29% | 1 | 5.88% | 10 | 58.82% | 7 | 41.18% | 0 | 0.00% | 0 | 8 | 0 | 0 | 7 | 6 | 0 |
| G | 21 | 18 | 14.29% | 13 | 63.33% | 2 | 11.11% | 1 | 5.56% | 2 | 11.11% | 0 | 0.00% | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Facebook_SW026 | 20 | 8 | 60.00% | 2 | 25.00% | 4 | 50.00% | 2 | 25.00% | 2 | 25.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 6 | 0 | 0 |
| Facebook_ST02d | 19 | 6 | 68.67% | 3 | 50.00% | 6 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 021681 | 18 | 16 | 11.11% | 1 | 6.25% | 8 | 50.00% | 7 | 43.75% | 8 | 50.00% | 1 | 6.25% | 0 | 15 | 8 | 0 | 0 | 0 | 0 |
| Facebook_SW18I | 18 | 18 | 64.87% | 0 | 0.00% | 2 | 33.33% | 4 | 66.67% | 0 | 0.00% | 0 | 0.00% | 0 | 4 | 0 | 0 | 6 | 0 | 0 |
| Facebook_DA7 | 18 | 7 | 61.11% | 1 | 14.29% | 4 | 57.14% | 2 | 28.57% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 6 | 0 | 0 |
| Fusicore_VA31 | 18 | 11 | 38.89% | 0 | 0.00% | 3 | 27.27% | 8 | 72.73% | 4 | 36.36% | 2 | 18.18% | 0 | 8 | 0 | 0 | 11 | 0 | 0 |
| Facebook_SW924 | 17 | 8 | 64.71% | 0 | 0.00% | 2 | 66.67% | 2 | 33.33% | 1 | 16.67% | 0 | 0.00% | 0 | 3 | 0 | 0 | 3 | 0 | 0 |
| Facebook_SW40 | 17 | 8 | 52.94% | 1 | 12.50% | 5 | 62.50% | 2 | 25.00% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SW444 | 16 | 7 | 56.25% | 0 | 0.00% | 3 | 42.86% | 4 | 57.14% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SdfG5 | 16 | 7 | 56.25% | 0 | 0.00% | 3 | 50.00% | 3 | 50.00% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 6 | 0 | 0 |
| Facebook_SW033 | 16 | 6 | 62.50% | 0 | 0.00% | 4 | 66.67% | 2 | 33.33% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 5 | 0 | 0 |
| Facebook_SW95 | 16 | 6 | 62.50% | 0 | 0.00% | 4 | 66.67% | 2 | 33.33% | 0 | 0.00% | 0 | 0.00% | 0 | 7 | 0 | 0 | 3 | 0 | 0 |
| Facebook_SW090 | 16 | 7 | 66.25% | 0 | 0.00% | 3 | 57.14% | 3 | 42.86% | 1 | 14.29% | 0 | 0.00% | 0 | 5 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SW031 | 15 | 7 | 56.25% | 0 | 0.00% | 2 | 35.71% | 5 | 14.29% | 0 | 0.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SW09 | 16 | 6 | 60.00% | 0 | 0.00% | 8 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SW02b | 15 | 7 | 53.33% | 0 | 0.00% | 7 | 87.14% | 3 | 42.86% | 0 | 0.00% | 0 | 0.00% | 0 | 5 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SW450 | 15 | 6 | 60.00% | 0 | 0.00% | 3 | 60.00% | 3 | 50.00% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 6 | 0 | 0 |
| Facebook_SW11 | 15 | 8 | 56.67% | 0 | 0.00% | 1 | 50.00% | 1 | 25.00% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 6 | 0 | 0 |
| Facebook_SW18 | 12 | 5 | 58.33% | 0 | 0.00% | 2 | 40.00% | 3 | 60.00% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 5 | 0 | 0 |
| keepageableback | 12 | 0 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

© 2021 Anura Solutions, LLC

888-337-0641

**anura**

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

Source: N/A

Campaign: N/A

Page: 2 of 2

| Scope | Requests | Responses | Drop Rate | Good | Good Rate | Warning | Warning Rate | Bad | Bad Rate | Mobile | Mobile Rate | Ad Blocker | Ad Blocker Rate | Data Integrity | User Environment | Data Center | Traffic Origin | IP Integrity | Spoofing | Web Crawler |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1613s3 | 11 | 6 | 54.55% | 5 | 100.00% | 0 | 0.00% | 0 | 0.00% | 3 | 60.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Facebook_SW21 | 11 | 3 | 72.73% | 3 | 100.00% | 3 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 3 | 0 | 3 | 0 | 0 |
| Facebook_SW14 | 10 | 4 | 60.00% | 4 | 0.00% | 4 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| 124864 | 10 | 6 | 40.00% | 6 | 66.67% | 2 | 33.33% | 0 | 0.00% | 3 | 50.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 2649D1 | 9 | 8 | 11.11% | 5 | 62.50% | 2 | 25.00% | 1 | 12.50% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Facebook_SW27 | 9 | 4 | 55.56% | 1 | 25.00% | 3 | 75.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| 232836 | 8 | 8 | 0.00% | 5 | 62.50% | 3 | 37.50% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Facebook_RA5 | 8 | 3 | 62.50% | 0 | 0.00% | 2 | 66.67% | 1 | 33.33% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Facebook_SW46 | 8 | 3 | 62.50% | 0 | 0.00% | 3 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| Facebook_SW14 | 8 | 3 | 62.50% | 0 | 0.00% | 3 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 3 | 0 | 0 |
| Facebook_RA2 | 8 | 3 | 62.50% | 0 | 0.00% | 1 | 33.33% | 2 | 66.67% | 0 | 0.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 2 | 0 | 0 |
| 107371 | 8 | 6 | 0.37% | 2 | 25.00% | 4 | 50.00% | 2 | 25.00% | 6 | 75.00% | 0 | 0.00% | 0 | 4 | 0 | 0 | 1 | 0 | 0 |
| Facebook_SW16 | 8 | 3 | 57.14% | 0 | 0.00% | 2 | 66.67% | 1 | 33.33% | 0 | 0.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 2 | 0 | 0 |
| Facebook_SW4 | 7 | 3 | 57.14% | 0 | 0.00% | 2 | 66.67% | 1 | 33.33% | 0 | 0.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 2 | 0 | 0 |
| Facebook_SW12 | 7 | 3 | 57.14% | 0 | 0.00% | 1 | 33.33% | 2 | 66.67% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 2 | 0 | 0 |
| Facebook_SW29 | 7 | 3 | 57.14% | 0 | 0.00% | 1 | 33.33% | 2 | 66.67% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 3 | 0 | 0 |
| Facebook_RA2 | 7 | 3 | 57.14% | 0 | 0.00% | 3 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 3 | 0 | 0 |
| Facebook_SW16 | 7 | 2 | 71.43% | 0 | 0.00% | 2 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.02% | 0 | 2 | 0 | 0 | 2 | 0 | 0 |
| Facebook_SW18 | 7 | 2 | 71.43% | 0 | 0.00% | 2 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 2 | 0 | 0 |
| 1735 | 7 | 7 | 71.43% | 1 | 50.00% | 0 | 0.00% | 1 | 50.00% | 2 | 100.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Facebook_HK3 | 7 | 7 | 0.02% | 0 | 0.00% | 0 | 0.00% | 7 | 100.00% | 5 | 71.43% | 2 | 28.57% | 0 | 7 | 0 | 0 | 7 | 0 | 0 |
| Facebook_SW27 | 7 | 7 | 57.14% | 0 | 0.00% | 6 | 0.00% | 1 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| 203344 | 6 | 6 | 0.00% | 3 | 50.00% | 3 | 50.00% | 0 | 0.00% | 6 | 63.33% | 0 | 0.02% | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| 22010b | 6 | 5 | 16.67% | 4 | 80.00% | 1 | 20.00% | 0 | 0.00% | 5 | 100.00% | 0 | 0.02% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 44035i | 6 | 5 | 16.67% | 4 | 80.00% | 1 | 20.00% | 0 | 0.00% | 3 | 100.00% | 0 | 0.02% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 254230 | 5 | 5 | 0.27% | 3 | 60.00% | 2 | 40.00% | 0 | 0.00% | 1 | 0.00% | 0 | 0.07% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 204417 | 5 | 5 | 0.00% | 4 | 80.00% | 1 | 20.00% | 0 | 0.00% | 1 | 20.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 22149R | 4 | 4 | 0.00% | 4 | 100.00% | 0 | 0.00% | 0 | 0.00% | 4 | 100.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 2u | 4 | 3 | 25.00% | 2 | 66.67% | 1 | 33.33% | 0 | 0.00% | 3 | 100.00% | 0 | 0.00% | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 440927 | 4 | 4 | 0.02% | 0 | 0.00% | 0 | 0.00% | 4 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 4 | 0 | 0 | 4 | 0 | 0 |
| 107874 | 3 | 3 | 33.33% | 0 | 0.00% | 2 | 0.00% | 2 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 1 | 0 | 0 |
| 203375 | 3 | 2 | 0.00% | 1 | 50.00% | 1 | 50.00% | 0 | 0.00% | 2 | 100.00% | 0 | 0.00% | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 332751 | 2 | 2 | 0.00% | 2 | 100.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1461 | 2 | 2 | 0.00% | 2 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 50.00% | 0 | 0.02% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

© 2021 Anura Solutions, LLC

888-337-0641

Page: 2 of 2

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

Source: N/A

Campaign: N/A

| Source | Firstpost | Responses | Drop Rate | Good | Good Rate | Warning | Warning Rate | Bad | Bad Rate | Mobile | Mobile Rate | Ad Blocker | Ad Blocker Rate | Data Integrity | User Environment | Data Center | Traffic Origin | IP Integrity | Spoofing | Web Crawler |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

© 2021 Anura Solutions, LLC            888-337-0641

Page: 2 of 2

Instance: 1670155133
Sessions
07/01/2021 - 09/30/2021

Source: N/A

Campaign: N/A

| Source | Requests | Responses | Drop Rate | Good | Good Rate | Warning | Warning Rate | Bad | Bad Rate | Mobile | Mobile Rate | Ad Blocker | Ad Blocker Rate | Data Integrity | User Environment | Data Center | Traffic Origin | IP Integrity | Spoofing | Web Crawler |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | 14261090 | 47282808 | 38.10% | 35735075 | 76.56% | 7419732 | 15.71% | 627201 | 9.32% | 3970681 | 64.33% | 90800 | 1.44% | 17 | 13685287 | 206923 | 561 | 4222584 | 2108144 | -42618 |

© 2021 Anura Solutions, LLC        |        888-337-0641