UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-CV-1184 JLS (AHG)<br><br>**ORDER ORDERING PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC TO SHOW CAUSE AS TO SUBJECT-MATTER JURISDICTION**<br><br>(ECF No. 1) |

Presently before the Court is Plaintiff Digital Media Solutions, LLC's Complaint ("Compl.," ECF No. 1). Plaintiff contends this Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1332, Compl. at 2, otherwise known as "diversity jurisdiction." "Jurisdiction founded on 28 U.S.C. § 1332 requires that the parties be in complete diversity and the amount in controversy exceed $75,000." *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003). In *Johnson v. Columbia Properties Anchorage, LP*, the Ninth Circuit held that a "[limited liability company] is a citizen of every state of which its owners/members are citizens." 437 F.3d 894, 899 (9th Cir. 2006). Thus, for one limited liability company ("LLC") to sue another in federal court on the basis of diversity jurisdiction, the LLCs' members must be completely diverse.

Here, both Plaintiff and Defendant Zeetogroup, LLC are LLCs. *See* Compl. at 1–2. Plaintiff's Complaint, however, provides no information regarding the citizenship of its members or those of Defendant. *Id*. The Complaint merely states that Plaintiff is organized under the laws of Delaware with a principal place of business in Florida, and alleges that Defendant is organized under the laws of Delaware with a principal place of business in California. *Id*. Plaintiff has therefore failed to provide sufficient information for this Court to determine whether it has subject-matter jurisdiction over the case.

Accordingly, the Court **ORDERS** Plaintiff to show cause as to why diversity jurisdiction exists over this matter. Plaintiff **SHALL** file a response to this order <u>on or before September 29, 2022</u>. Defendant **MAY** file a reply to Plaintiff's response <u>on or before October 6, 2022</u>.

**IT IS SO ORDERED.**

Dated: September 15, 2022

Hon. Janis L. Sammartino
United States District Judge