Mark E. Ellis – 127159
mellis@ellislawgrp.com
Omid Shabani – 267447
oshabani@ellislawgrp.com
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant DIGITAL MEDIA SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, <br><br> Defendant. | Case No.: 22CV01184 JLS-AHG <br><br> **PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION** |

Pursuant to the Court's September 15, 2022 Order to Show Cause ("OSC") Plaintiff, Digital Media Solutions, LLC hereby submits its Response to the OSC ("Response"). This Response is based on the Memorandum of Points and Authorities, declaration of Fernando Borghese, and all documents on file with the Court, and any oral arguments that may be presented at the time of hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Plaintiff, Digital Media Solutions, LLC maintains that subject matter jurisdiction exists in this case, based on diversity jurisdiction pursuant to 28 U.S.C. § 1332, because Plaintiff's owners or members' citizenship is completely diverse to the citizenship of the members of the defendant, as discussed fully below, and in the declaration of Frenando

- 1 -

Borghese, filed concurrently herewith.

The citizenship of the members or owners of Plaintiff Digital Media Solutions, LLC is completely diverse from the citizenship of the members or owners of Defendant Zeetogroup, LLC.

## II. LEGAL STANDARD

The citizenship of an LLC for purposes of the diversity jurisdiction is the citizenship of its members. *Johnson v. Columbia Properties Anchorage, LP* 437 F.3d 894, 899 (9th Cir. 2006). Prima Facie proof of diversity of citizenship may be supported by affidavits or declarations. *See Blue Ridge Ins. Co. v. Stanewich*, 142 F.3d 1145, 1148, fn. 3 (9th Cir. 1998) (where point first raised on appeal, plaintiff must enlarge the record by affidavits showing citizenship of each party.)

As with other jurisdictional determinations, the court looks to the parties' domicile at the time the lawsuit was *filed* (not when the cause of action arose, or later when the case comes to trial). *Grupo Dataflux v. Atlas Global Group, L.P.*, 541 U.S. 567, 570-571 (2004).

## III. BRIEF STATEMENT OF FACTS

Here, both Plaintiff and Defendant are LLCs. (ECF No. 7, p. 2:1). As such, Plaintiff Digital Media Solutions, LLC has provided a declaration by Mr. Fernando Borghese, the co-founder and Chief Operating Offer ("COO") of Digital Medial Solutions, Inc.[1], regarding the structure and members of Plaintiff Digital Media Solutions, LLC. (Declaration of Fernando Borghese ("Borghese Decl."), filed concurrently herewith).

As it can be seen from the declaration of Mr. Borghese, none of the owners or members of Plaintiff Digital Media Solutions, LLC are a resident of California, while the sole owner member of Defendant Zeetogroup, LLC is a resident of California. (Borghese Decl., *passim.*)

---

[1] Digital Media Solutions, Inc. is an owner of Plaintiff Digital Media Solutions, LLC. (Borghese Decl. ¶¶ 4-9).

- 2 -

## IV. ANALYSIS

Here, as shown below, subject matter jurisdiction is proper under 28 U.S.C. § 1332, because the parties are in complete diversity and the amount in controversy exceeds $75,000. *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003).

### A. Citizenship of Plaintiff Digital Media Solutions, LLC

Specifically, Plaintiff Digital Media Solutions, LLC is wholly owned by Digital Media Solutions Holdings, LLC. (Borghese Decl. ¶ 3).

If any member of an LLC is itself a partnership or association (or another LLC), the federal court must know the citizenship of each "submember" as well. *See V & M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010).

As such, the declaration of Mr. Borghese tracks down the citizenship of each sub-member of Plaintiff, including the members of Digital Media Solutions Holdings, LLC.

Here, Digital Media Solutions Holdings, LLC is owned by: (1) Aimtell Holdco, Inc., (2) CEP V DMS US Blocker Company, (3) Clairvest Group, Inc., and (4) Prism Data, LLC. (Borghese Decl. ¶ 4). This Response will in turn analyze the citizenship of each of these entities, based on the Declaration of Mr. Borghese.

A corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. (28 USC § 1332(c)(1)).

Aimtell Holdco, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Florida. (Borghese Decl. ¶ 5.)

CEP V DMS US Blocker Company is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Florida. (Borghese Decl. ¶ 6.) CEP V DMS US Blocker Company is, and at the time of filing of this lawsuit was, wholly owned by Digital Medial Solutions, Inc. (*Id.*) Digital Medial Solutions, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Clearwater, Florida. (Borghese Decl. ¶ 9.)

- 3 -

Clairvest Group, Inc. is a publicly traded company incorporated under the laws of the Province of Ontario with its principal place of business in Ontario, Canada. (Borghese Decl. ¶ 7.)

Prism Data, LLC is a limited liability company organized under the laws of the State of Delaware with its headquarters in Clearwater, Florida. (Borghese Decl. ¶ 8.) The members of Prism Data, LLC are Joe Marinucci, Fernando Borghese, Matthew Goodman, Jonathan Katz, David Shteif, and Luis Ruelas. (*Id.*) Other than Mr. Ruelas, who is a citizen of the State of New Jersey, all of the remaining foregoing individual members of Prism Data LLC are, and the time of the filing of this lawsuit were, citizens of the State of Florida. (*Id.*)

Based on the foregoing, none of the members or owners of Plaintiff Digital Media Solutions, LLC are a citizen of California.

### B. Citizenship of Defendant Zeetogroup, LLC

On the other hand, based upon documents on file with the California Secretary of State, defendant Zeetogroup, LLC is a limited liability company with its sole member being a citizen of California. (Borghese Decl. ¶ 10 & Exhibit 1.)

### C. The Parties Are in Complete Diversity

The basic requirement in diversity cases is that *all* plaintiffs be of different citizenship than *all* defendants. Phillips & Stevenson, *Practice Guide: Federal Civil Procedure Before Trial, Calif. & 9th Cir.* (Rutter Group 2022); *see also, Strawbridge v. Curtiss* (1806) 7 US (3 Cranch) 267 (overruled in part on other grounds by *Louisville, Cincinnati, & Charleston R.R. Co. v. Letson* (1844) 43 U.S. 497).

Here, the documents on file with the California Secretary of State show that Defendant Zeetogroup, LLC is a citizen of California because, based upon information and belief and the California Secretary of State documents, Defendant Zeetogroup LLC's sole member, Mr. Stephen Goss, is a California citizen. (Borghese Decl., **Exhibit 1**.) On the other hand, as noted previously, none of the members or owners of Plaintiff Digital

Media Solutions, LLC are a citizen of California.

Because Defendant Zeetogroup LLC's sole member is a citizen of California and none of the members or owners of Plaintiff Digital Media Solutions are a citizen of California, the parties are in complete diversity in this case. Furthermore, the amount at controversy is above $75,000. (Complaint ¶ 3). Therefore, subject matter jurisdiction is proper.

## V. CONCLUSION

Based on the foregoing, Plaintiff Digital Media Solutions, LLC maintains that the parties in this case are completely diverse, because none of the members of Plaintiff Digital Media Solutions, LLC is a citizen of the State of California, while the sole member of Defendant Zeetogroup, LLC is a citizen of the State of California.

Dated: September 29, 2022

ELLIS LAW GROUP LLP

By: /s/ *Omid Shabani*
Omid Shabani
Attorney for Defendant
DIGITAL MEDIA SOLUTIONS, LLC

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

# CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On September 29, 2022, I served the following document(s) on the parties in the within action:

**PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER RE ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Defendant<br>Zeetogroup, LLC |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on September 29, 2022.

By /s/ Rosanne Estrella
Rosanne Estrella

- 6 -

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION