1  Mark E. Ellis - 127159
   mellis@ellislawgrp.com
2  Omid Shabani – 267447
   oshabani@ellislawgrp.com
3  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
4  Sacramento, CA  95815
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

6  Attorneys for Defendant DIGITAL MEDIA SOLUTIONS, LLC

7

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 DIGITAL MEDIA SOLUTIONS, LLC, | Case No.: 22CV01184 JLS-AHG |
|---|---|
| 12    Plaintiff, | **DECLARATION OF FERNANDO BORGHESE IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION** |
| 13 v. | |
| 14 ZEETOGROUP, LLC, | |
| 15    Defendant. | |
| 16 | |

17

I, Fernando Borghese, declare that:

  1.   The statements made in this declaration are made from my own personal knowledge, understanding and observations. Any facts testified to herein, on information and belief, I believe to be true.  If called upon to testify thereto, I am competent to do so.

  2.   Plaintiff Digital Media Solutions, LLC is a limited liability company organized under the laws of the State of Delaware and headquartered in Florida.

  3.   Digital Media Solutions, LLC is, and at the time of filing of this lawsuit was, wholly owned by Digital Medial Solutions Holdings, LLC.

- 1 -

DECLARATION OF F. BORGHESE ISO PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S
RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

4. Digital Media Solutions Holdings, LLC is, and at the time of filing of this lawsuit was, owned as follows:

   a. Less than 1% owned by Aimtell Holdco, Inc.;

   b. Approximately 58.7% owned by CEP V DMS US Blocker Company;

   c. The remaining approximately 41.3% owned by (x) funds controlled by Clairvest Group, Inc. and (y) Prism Data, LLC.

5. Aimtell Holdco, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Florida. Aimtell Holdco, Inc. is, and at the time of filing of this lawsuit was, wholly owned by Digital Medial Solutions, Inc.

6. CEP V DMS US Blocker Company is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Florida. CEP V DMS US Blocker Company is, and at the time of filing of this lawsuit was, wholly owned by Digital Medial Solutions, Inc.

7. Clairvest Group, Inc. is a publicly traded company incorporated under the laws of the Province of Ontario with its principal place of business in Ontario, Canada.

8. Prism Data, LLC is a limited liability company, organized under the laws of the State of Delaware with its headquarters in Clearwater, Florida. The members of Prism Data, LLC are Joe Marinucci, myself, Matthew Goodman, Jonathan Katz, David Shteif, and Luis Ruelas. Other than Mr. Ruelas, who is a citizen of the State of New Jersey, all of the foregoing individuals are, and the time of the filing of this lawsuit were, citizens of

- 2 -

DECLARATION OF F. BORGHESE ISO PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S
RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

the State of Florida.

9. Digital Medial Solutions, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Clearwater, Florida.

10. Defendant Zeetogroup, LLC ("Zeetogroup") is a limited liability company incorporated under the laws of the State of Delaware, conducting business in San Diego, California. Based upon my review of the documents on file with the California Secretary of State, Zeetogroup's manager(s) or member(s) include Stephan Goss, who, upon information and belief, is a resident of the State of California. A true and correct copy of Zeetogroup's Statement of Information filed on March 25, 2022 with the California secretary of State, is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2022

FERNANDO BORGHESE

- 3 -

DECLARATION OF F. BORGHESE ISO PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

# EXHIBIT 1



| Secretary of State Statement of Information (Limited Liability Company) | LLC-12 | 22-B84087 FILED |
|---|---|---|

In the office of the Secretary of State of the State of California

MAR 25, 2022

**IMPORTANT** — This form can be filed online at bizfile.sos.ca.gov.
Read instructions before completing this form.
**Filing Fee - $20.00**
**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC. If you registered in California using an alternate name, see instructions.)

ZEETOGROUP, LLC

| 2. 12-Digit Secretary of State Entity Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201017310316 | DELAWARE |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 925 B ST STE 303 | San Diego | CA | 92101 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 925 B ST STE 303 | San Diego | CA | 92101 |
| c. Street Address of **California** Office, if Item 4a is not in California Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 925 B ST STE 303 | San Diego | **CA** | 92101 |

**5. Manager(s) or Member(s)**   If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an additional managers/members, enter the names(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Stephan | | Goss | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 925 B ST STE 303 | San Diego | CA | 92101 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) Greg | Middle Name | Last Name Kuchcik | Suffix |
|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** 925 B ST STE 303 | City (no abbreviations) San Diego | State **CA** | Zip Code 92101 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
|  |

**7. Type of Business**

| Describe the type of business or services of the Limited Liability Company Marketing |
|---|

**8. Chief Executive Officer, if elected or appointed**

| a. First Name Stephan | Middle Name | Last Name Goss | Suffix |
|---|---|---|---|
| b. Address 925 B ST STE 303 | City (no abbreviations) San Diego | State CA | Zip Code 92101 |

**9. Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes  ☑ No |
|---|---|

10. By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 03/25/2022 | Stephan Goss | Chief Executive Officer | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |

# CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On September 29, 2022, I served the following document(s) on the parties in the within action:

**DECLARATION OF FERNANDO BORGHESE IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION**

| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Defendant<br>Zeetogroup, LLC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on September 29, 2022.

By _____
Rosanne Estrella

- 4 -

DECLARATION OF F. BORGHESE ISO PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION