Jacob A. Gillick, SBN 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendant Zeetogroup, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　Defendants. | Case No. 22CV1184 JLS AHG<br><br>**RESPONSE TO PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHO CAUSE AS TO SUBJECT MATTER JURISDICTION**<br><br>Dept:　　4D<br>Judge:　Hon. Janis L. Sammartino |

# I.
# INTRODUCTION

Plaintiff Digital Media Solutions, LLC ("DMS") has filed its lawsuit in Federal Court despite lacking diversity jurisdiction. ZeetoGroup, LLC's ("Zeeto") member, Stephan Goss, is a "stateless alien" which destroys complete diversity jurisdiction. The only reason DMS has filed in Federal Court is to stall resolution of clear issues. In support of DMS's response to this Court's Order to Show Cause, it included the Declaration of Fernando Borghese who opines on the members of DMS and where all of them are domiciled. No further evidence was provided. Further, Mr. Borghese made an incorrect assumption as to where Stephan Goss, Zeeto's member, is domiciled. Mr. Goss has been living in Dubai and is therefore a "stateless alien." As described below, the law in this situation states there can be no diversity jurisdiction when a party is a "stateless alien." Zeeto therefore requests this matter be remanded to State Court so the parties may resolve their disputes.

# II.
# ARGUMENT

"Unlike a corporation, an LLC is not a citizen of the state in which it was organized unless one of its members is a citizen of that state." *Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1297-1238 (10th Cir. 2015). "Diversity is lacking if *any* LLC member is a citizen of the same state as an opposing party. Likewise, courts will not have diversity jurisdiction if one of the LLC members is a 'stateless alien.'" *D.B. Zwim Special Opportunities Fund, LP v. Mehrotra*, 661 F.3d 124, 126-127 (1st Cir. 2011). "United States citizens who are domiciled abroad are citizens of no state; their 'stateless' status destroys complete diversity under § 1332(a)(3)." *Id.* at 126.

Stephan Goss, the principal of Zeeto is currently a resident of Dubai. Declaration of Shayne Cardwell, ¶ 2-3. He is not a resident of the United States and has not been domiciled in the United States for some time. *Id.* Therefore,

diversity jurisdiction does not exist. In support of its contention that diversity does exist, DMS provides no evidence because it has relied on improper assumptions. Specifically, the Declaration of Fernando Borghese states that Mr. Goss is a resident of California based on "information and belief." [Dkt. 8-1, ¶ 10.] This is a presumption. "Where a party produces evidence supporting a presumption as to domicile, the burden shifts to the other party to come forward with contrary evidence." *Wahsington v. Hovesna, LLC*, 652 F.3d 340, 345 (3rd Cir. 2011).

No evidence has been provided as to Mr. Goss's domicile. Instead, Mr. Borghese uses Zeeto's principal place of business as an assumption of where Mr. Goss lives. This is contrary to the law which states that the domicile of the members, not the company, is the determining factor. As described by the Declaration of Shayne Cardwell, the Chief Revenue Officer of Zeeto, Mr. Goss is a manager/member of Zeeto and resides in Dubai. Given the "stateless alien" status of Mr. Goss, and lack of evidence presented by DMS, complete diversity does not exist.

Finally, DMS does not argue that a State Court will be unable to act "neutrally," which is the purpose of diversity jurisdiction. *Home Depot U.S.A, Inc. v. Underwriters at Lloyd's of London*, 139 S. Ct. 1743, 1746 (2019). Therefore, Zeeto does not believe that complete diversity exists and therefore requests this matter be remanded to State Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# III.
# CONCLUSION

Zeeto seeks a quick resolution of all disputes with DMS. DMS is forum shopping to stall enforcement of clear agreements. Zeeto is of the opinion that no diversity jurisdiction exists here and that the matter should be heard at the State Court level with the other matter filed by ZeetoGroup, LLC. No prejudice will be suffered by DMS if this matter is remanded.

Respectfully submitted,

**PHG Law Group**

Dated: October 6, 2022

*s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Defendant Zeetogroup, LLC