Jacob A. Gillick, SBN 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendant Zeetogroup, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　Defendants. | Case No. 22CV1184 JLS AHG<br><br>**DECLARATION OF SHAYNE CARDWELL IN SUPPORT OF RESPONSE TO PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S RESPONSE TO ORDER TO SHO CAUSE AS TO SUBJECT MATTER JURISDICTION**<br><br>Dept:　4D<br>Judge:　Hon. Janis L. Sammartino |

1

I, Shayne Cardwell, declare as follows:

1. I am the Chief Revenue Officer of ZeetoGroup, LLC, ("Zeeto") a Delaware Limited Liability Corporation with its principal place of business in San Diego, California. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. I have knowledge of the Zeeto's ownership structure. Currently, Stephan Goss is a member of ZeetoGroup, LLC.

3. Mr. Goss has not lived in the United States since the beginning of the COVID-19 pandemic and is currently residing in Dubai.

I declare under penalty of perjury, under the law of The United States of California that the foregoing is true and correct. Executed this 6th day of October, 2022.

_____
Shayne Cardwell