Mark E. Ellis - 127159
Omid Shabani - 267447
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
oshabani@ellislawgrp.com

Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Defendant. | Case No.: 22CV01184 JLS-AHG<br><br>**DECLARATION OF OMID SHABANI IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: November 3, 2022<br>TIME: 1:30 p.m<br>DEPT: 4D<br>HON. JANIS L. SAMMARTINO |

I, Omid Shabani, declare:

1. I am an attorney at law duly licensed to practice before this Court, and I am an associate in the law firm of Ellis Law Group LLP, attorneys of records for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC in the above matter. This declaration is based upon my own personal knowledge. If called as a witness to testify to the matters asserted herein I would do so competently.

2. Plaintiff, Digital Media Solutions, LLC filed this action on August 12, 2022. ECF. No. 1

- 1 -

3. Defendant Zeetogroup, LLC ("Defendant") filed its Answer on August 7, 2022. ECF No. 4.

4. Defendant filed its instant Motion for Summary Judgment on August 13, 2022. ECF. No. 5.

5. Plaintiff has not yet had a chance to conduct discovery as to Defendant's position as to the course of conduct of the parties with respect to the "Zeeto Publisher Terms of Service" ("Agreement") and its pertinent provisions in dispute in Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto. Facts regarding course of conduct of the parties exist, which may clarify the provisions of the Agreement in dispute in Defendant's instant Motion for Summary Judgment.

6. Plaintiff will depose Mr. Goss within the next 30 days, at which time it is anticipated that further evidence concerning the disputed provisions of the Agreement will be disclosed, specifically that the parties' course of conduct will likely disprove Defendant's interpretation of the provisions of the Agreement currently in dispute, as well as potential nature of Defendant's ambiguous claims with respect to alleged "fraudulent traffic."

7. I believe the information outlined above will raise a genuine issue of material fact and, therefore, that the present motion should be denied as premature pursuant to Fed. R. Civ. Pro. 56(d).

///

///

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of America |
| 2 3 | that the foregoing is true and correct. |

Dated: October 20, 2022

                                       */s/ Omid Shabani*
                                   OMID SHABANI

DECLARATION OF OMID SHABANI IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
22cv01184