1  Mark E. Ellis - 127159
   Omid Shabani - 267447
2  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
3  Sacramento, CA 95815
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  oshabani@ellislawgrp.com

6  Attorneys for
   PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC
7

8

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11 | DIGITAL MEDIA SOLUTIONS, LLC, | Case No.: 22CV01184 JLS-AHG |
|---|---|
12 | Plaintiff, | **PROOF OF SERVICE OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS** |
13 | v. | |
14 | ZEETOGROUP, LLC, | |
15 | Defendant. | DATE: November 3, 2022
TIME: 1:30 p.m.
DEPT: 4D
HON. JANIS L. SAMMARTINO |

- 1 -

PROOF OF SERVICE OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS
22CV01184

# CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On October 20, 2022, I served the following document(s) on the parties in the within action:

1. **PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

2. **PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTION TO DEFENDANT ZEETOGROUP, LLC'S EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

3. **DECLARATION OF OMID SHABANI IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

4. **DECLARATION OF FERNANDO BORGHESE IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

5. **PROOF OF SERVICE**

| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Defendant<br>Zeetogroup, LLC |
|---|---|

////

- 2 -

```
 1
 2
 3
 4
 5
 6
 ...
28
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on October 20, 2022.

By _____
Rosanne Estrella

- 3 -

PROOF OF SERVICE OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS
22CV01184