```
1   Mark E. Ellis - 127159
    Omid Shabani - 267447
2   ELLIS LAW GROUP LLP
    1425 River Park Drive, Suite 400
3   Sacramento, CA 95815
    Tel: (916) 283-8820
4   Fax: (916) 283-8821
    mellis@ellislawgrp.com
5   oshabani@ellislawgrp.com

6   Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | Case No.: 22CV01184 JLS-AHG |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCUMENT 10 [MAIN DOCUMENT ONLY]** |
| v. | |
| ZEETOGROUP, LLC, | DATE: November 3, 2022<br>TIME: 1:30 p.m |
| Defendant. | DEPT: 4D<br>**HON. JANIS L. SAMMARTINO** |

Pursuant to the Court's request, please withdrawal document no. 10, Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

Dated: October 21, 2022

ELLIS LAW GROUP LLP

By /s/ Omid Shabani
Omid Shabani
Attorney for
PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC

- 1 -

NOTICE OF WITHDRAWAL OF DOCUMENT 10 [MAIN DOCUMENT ONLY]

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On October 21, 2022, I served the following document(s) on the parties in the within action:

**NOTICE OF WITHDRAWAL OF DOCUMENT 10 [MAIN DOCUMENT ONLY]**

| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Defendant<br>Zeetogroup, LLC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on October 21, 2022.

By: _____
Jennifer Mueller