UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>   Defendant. | Case No.: 22-CV-1184 JLS (AHG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 6) |

Presently before the Court is Defendant Zeetogroup, LLC's Motion for Summary Judgment ("MSJ," ECF No. 6). On its own motion, the Court **VACATES** the hearing scheduled for November 3, 2022 at 1:30 p.m. and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 28, 2022

Hon. Janis L. Sammartino
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28