Mark E. Ellis – 127159
mellis@ellislawgrp.com
Omid Shabani – 267447
oshabani@ellislawgrp.com
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DIGITAL MEDIA SOLUTIONS, LLC, | Case No.: 22-CV-01184-JLS-AHG |
|---|---|
| Plaintiff, | **PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTIONS TO EVIDENCE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION** |
| v. | |
| ZEETOGROUP, LLC, | |
| Defendant. | |

Plaintiff DIGITAL MEDIA SOLUTIONS, LLC hereby objects to the following evidence presented by defendant Zeetogroup, LLC ("Defendant") in connection with its response to Order to Show Cause As To Subject Matter Jurisdiction [Dkt. 9]:

(1) Declaration of Shayne Cardwell In Support of Response to Plaintiff Digital Media Solutions, LLC's Response to Order to Show Cause As to Subject Matter Jurisdiction ("Declaration of Shayne Cardwell"), dated October 6, 2022 [Dkt. 9-1], page 2, paragraph 2, lines 6-7:

> "Currently, Stephan Goss is a **_member_** of ZeetoGroup, LLC." (emphasis added).

Plaintiff objects to this evidence on the grounds that it lacks foundation. Federal

- 1 -

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTIONS TO EVIDENCE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

22-CV-01184-JLS-AHG

Rule of Evidence ("FRE") 602. This evidence is also objected to on the grounds that it constitutes an improper legal conclusion. Fed. R. Evid. 701; *Evangelista v. Inlandboatmen's Union of Pacific*, 777 F.2d 1390, 1398 n.3 (9th Cir. 1985) (a lay witness may not testify as to a legal conclusion).

    a. Sustained.

    b. Overruled.

    (2)    Declaration of Shayne Cardwell, dated October 6, 2022 [Dkt. 9-1], page 2, paragraph 3, lines 8-9:

> "Mr. Goss has not lived in the United States since the beginning of the COVID-19 pandemic and is currently residing in Dubai."

Plaintiff objects to this evidence on the grounds that it is inadmissible hearsay not within a recognized exception. Fed. R. Evid. 801-804. Plaintiff further objects to this evidence on the grounds that it lacks foundation and lacks personal knowledge. Fed. R. Evid. 602.

    a. Sustained.

    b. Overruled.

    (3)    <u>Entire Declaration of Shayne Cardwell</u>:

Plaintiff objects to admissibility of the entire Declaration of Shayne Cardwell, on the ground that it does not conform with the requirements of a declaration in lieu of affidavit. 28 U.S.C. § 1746. Specifically, the language of the oath under Declaration of Shayne Cardwell is not in conformity with the provisions of 28 U.S.C. § 1746, because the oath is "under penalty of perjury under the laws of **The United States of California**..." (Declaration of Shayne Cardwell, p. 2:10-12 (emphasis added).) This defect in the oath renders the entire declaration of Shayne Cardwell improper and inadmissible, pursuant to 28 U.S.C. § 1746.

    a. Sustained.

    b. Overruled.

Plaintiff will respectfully request the Court at the hearing on the Order to Show

- 2 -

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTIONS TO EVIDENCE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

22-CV-01184-JLS-AHG

Cause, to sustain the above objections and to strike the evidence referred to above.

Dated: October 27, 2022

ELLIS LAW GROUP LLP

By: */s/ Omid Shabani*
Omid Shabani
Attorney for Defendant
DIGITAL MEDIA SOLUTIONS, LLC

- 3 -

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTIONS TO EVIDENCE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

22-CV-01184-JLS-AHG

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On October 28, 2022, I served the following document(s) on the parties in the within action:

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTIONS TO EVIDENCE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Defendant<br>Zeetogroup, LLC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on October 28, 2022.

By _____
Jennifer E. Mueller

- 4 -

PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S OBJECTIONS TO EVIDENCE TO ORDER TO SHOW CAUSE AS TO SUBJECT MATTER JURISDICTION

22-CV-01184-JLS-AHG