UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:22-cv-01184-JLS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE FOR ANTICIPATED JOINT MOTION REGARDING PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY;**<br><br>**(2) STAYING DEADLINE TO FILE AMENDED COMPLAINT; and**<br><br>**(3) STAYING DEADLINE FOR COMPLIANCE WITH OUTSTANDING SUBPOENA** |

On November 9, 2022, the Court held a Discovery Conference in this case and in the related case *ZeetoGroup, LLC v. Digital Media Solutions, et al.*, No. 3:22-cv-01396-JLS-AHG to discuss a discovery dispute regarding Digital Media Solutions, LLC's ("Digital Media Solutions") service of deposition subpoenas on Stephan Goss, the sole member of ZeetoGroup, LLC ("ZeetoGroup") in this case and in the related case. Digital Media Solutions seeks to depose Mr. Goss to obtain jurisdictional discovery to aid it in establishing diversity jurisdiction in both cases. ZeetoGroup opposes such jurisdictional discovery.

As discussed during the conference, the Court will permit motion practice on the dispute as follows:

(1) No later than **November 14, 2022**, counsel for Digital Media Solutions must provide a draft of the Joint Motion to ZeetoGroup's counsel, which should set forth its position as a motion to conduct jurisdictional discovery.

(2) Defense counsel must provide a responsive draft of the Joint Motion containing ZeetoGroup's position in opposition to the motion for jurisdictional discovery no later than **November 21, 2022**.

(3) Thereafter, counsel for both parties must meet and confer regarding any changes that either side would like to make to its portion of the Joint Motion prior to filing, with the understanding that each side should have provided—at least in substance—a complete statement of its position in the initial drafts.

(4) Digital Media Solutions must file the Joint Motion by **November 22, 2022**. Digital Media Solutions should file the Joint Motion **only in this case, and not in the related case**. However, pending resolution of the Joint Motion in this case, the Court will issue an order in the related case staying the deadline for Digital Media Solutions to respond to the Court's Order to Show Cause as to Subject-Matter Jurisdiction.

(5) The Joint Motion shall be limited to **ten pages** in length (five pages per side), not including exhibits.

If either side believes that the other side has participated in unfair gamesmanship by, e.g., propounding entirely new substantive arguments in final draft changes at the eleventh hour, and they cannot resolve their dispute during the meet-and-confer process required of counsel before filing, counsel should alert the Court to that issue via email at efile_goddard@casd.uscourts.gov. Counsel are encouraged to continue meeting and conferring on the dispute throughout the motion drafting process.

Upon consultation with the presiding District Judge in this matter, the Court hereby **STAYS** the deadline for Digital Media Solutions to file an amended complaint in this matter pending resolution of the Joint Motion.

Further, the Court is cognizant that Digital Media Solutions has noticed the deposition of Mr. Goss for November 10, 2022 at 10:00 a.m. Compliance with the deposition subpoenas served on Mr. Goss is also **STAYED** until the Court rules on the Joint Motion.

**IT IS SO ORDERED.**

Dated:  November 9, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge