Mark E. Ellis - 127159
Omid Shabani - 267447
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
oshabani@ellislawgrp.com

Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>        Defendant. | Case No.: 22CV01184 JLS-AHG<br><br>**DECLARATION OF OMID SHABANI IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC'S JOINT MOTION REGARDING PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY**<br><br>[Before Magistrate Judge Allison H. Goddard] |

I, Omid Shabani, declare:

1.      I am an attorney at law duly licensed to practice before this Court, and I am an associate in the law firm of Ellis Law Group LLP, attorneys of records for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC ("Plaintiff" or "Digital Media Solutions") in the above matter. This declaration is based upon my own personal knowledge.  If called as a witness to testify to the matters asserted herein I would do so competently.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Notice of Deposition of Stephan Goss, served on counsel for Defendant ZeetoGroup, LLC ("Defendant" or "Zeeto") on November 2, 2022.

- 1 -

3.      Counsel for each party, respectively, met and conferred with respect to conducting this deposition and Plaintiff's request for jurisdictional discovery.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the email chain among counsel, memorializing the counsel's meet and confer efforts with respect to setting deposition of Stephan Goss and Plaintiff's request for jurisdictional discovery.

5.      During the meet and confer process, Plaintiff Digital Media Solutions offered to limit the scope of deposition of Mr. Goss to jurisdictional matters, without waiving its right to depose Mr. Goss as to the merits of the case, at a later stage. *See* Exhibit 2, p. 14. However, Defendant took the position that Mr. Goss will not submit to any discovery in this case, because, according to Defendant's argument, the case had been dismissed.

6.      On November 7, 2022, Defendant served its objections to deposition of Goss. A true and correct copy of Defendant's Objections to Notice of Taking Deposition of Stephan Goss is attached hereto as <u>Exhibit 3</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 22, 2022

　　　　　　　　　　　　　*/s/ Omid Shabani*　　　　　
　　　　　　　　　　　　　OMID SHABANI

- 2 -

DECLARATION OF OMID SHABANI IN SUPPORT OF PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC

22cv01184

# EXHIBIT 1

1  Mark E. Ellis - 127159
   Omid Shabani - 267447
2  ELLIS LAW GROUP LLP
   1425 River Park Drive, Suite 400
3  Sacramento, CA  95815
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   oshabani@ellislawgrp.com
5
   Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  DIGITAL MEDIA SOLUTIONS, LLC,          Case No.:  22CV01184 JLS-AHG

12          Plaintiff,                     **NOTICE OF TAKING DEPOSITION OF STEPHAN GOSS**

13  v.                                     **DATE:**        **November 10, 2022**
                                           **TIME:**        **10:00 a.m.**
14  ZEETOGROUP, LLC,                       **LOCATION:**    **Via Zoom**

15          Defendant.

16

17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      PLEASE TAKE NOTICE that on **November 10, 2022** at **10:00 a.m.**, PLAINTIFF DIGITAL

20  MEDIA SOLUTIONS, LLC, by and through his attorneys of record, will take the deposition of

21  STEPHAN GOSS via zoom.

22      Pursuant to FRCP Rule 30, the deposition will be recorded by stenographic means by a duly

23  authorized court reporter and may be videotaped.  Said deposition will be taken upon oral examination

24  before a certified shorthand reporter, or other officer duly authorized to administer oaths.

25      The deposition is subject to continuance or adjournment from time to time, or place to place

26  until completed.

27      Pursuant to the current effective Orders of the California Department of Public Health and the

28  Health Officer of the County of Sacramento, as well as this firm's ongoing efforts to protect the safety

- 1 -

1   of our employees, clients and visitors by limiting the risks of COVID-19 exposure, face coverings must

2   be worn during the deposition and when walking around common areas of the office building.  If you do

3   not have a mask, we will provide one to you upon arrival, along with hand sanitizer for your use.

4        Please avoid entering our offices if you have a cough or fever; maintain a minimum of six-foot

5   distance from one another and do not shake hands or engage in any unnecessary physical contact.

6        **[NOTE**:  If the deponent will require the services of an interpreter, you must advise this office

7   in writing no later than five (5) days before the date set for deposition of both the need for an interpreter

8   and the language that will be required.]

9                    <u>**ZOOM VIDEO DEPOSITION PROCEDURES**</u>

10   <u>**Equipment:**</u>

11        The attorneys, Court Reporter, and the witness will each need to have a computer with a

12   video camera and microphone, or a cell phone with a camera and microphone (with the Zoom application

13   downloaded), an internet connection of at least 7 mb/sec download and 7 mb/sec upload (this can be

14   tested by using speedtest.com), and an email address, which must be supplied to the Court reporter so

15   the court reporter can provide a "link" which will connect all parties to the deposition.

16   <u>**Procedure**</u>:

17        At least one business day before the date for the deposition the Court Reporter will send to all

18   parties and the witness an email with a "link" to click to join the video conference deposition.

19        The deposition will proceed as it would normally, other than we will be utilizing Zoom video

20   conference to facilitate the deposition.  If the deposition will be recorded by videographer per Code of

21   Civil Procedure § 2025.340, then the videographer will follow the procedures for a video deposition.

22        The attorneys at the deposition will be requested to endorse the following statement: "The

23   attorneys participating in this deposition acknowledge that the Court Reporter is not physically present

24   in the deposition room and that will be reporting this deposition remotely.  They further acknowledge

25   that, in lieu of an oath administered in person, the witness will verbally declare his/her testimony in this

26   matter is under penalty of perjury.  The parties and their counsel consent to this arrangement and waive

27   any objections to this manner of reporting, and any other irregularity concerning the occurrence of the

28   deposition via video/phone conference.  Please indicate your agreement by stating your name and your

- 2 -

NOTICE OF TAKING DEPOSITION OF STEPHAN GOSS

1  agreement on the record."

2        A list of all parties or attorneys for parties on whom this Notice of Deposition is being served is

3  shown on the accompanying Proof of Service.

4  Dated: November 2, 2022

ELLIS LAW GROUP LLP

By _____
Omid Shabani
Attorney for Plaintiff
DIGITAL MEDIA SOLUTIONS, LLC

- 3 -

NOTICE OF TAKING DEPOSITION OF STEPHAN GOSS

## CERTIFICATE OF SERVICE

I, Rosanne Estrella, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On November 4, 2022, I served the following document(s) on the parties in the within action:

### NOTICE OF TAKING DEPOSITION OF STEPHAN GOSS

| | |
|---|---|
| **X** | **BY E-MAIL TRANSMISSION:** The above-described document(s) will be electronically served through this firm's e-mail system to the e-mail address(es) of the following individual email addresses. The email address has been provided to this firm, and is part of the record for this matter. |

| | |
|---|---|
| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Plaintiff<br>ZEETOGROUP, LLC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on November 4, 2022.

By _____
Rosanne Estrella

- 4 -

# EXHIBIT 2

**From:** Omid Shabani
**Sent:** Monday, November 7, 2022 11:17 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>; Omid Shabani <oshabani@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Jacob,

Thank you for taking my call and meeting and conferring on both cases. You informed me that Mr. Goss refuses to appear for any of the noticed depositions in either of the pending related cases, and that you will seek a protective order in the *Zeeto v. DMS* case.

I was clarifying the scope the jurisdictional discovery being sought, and asking for your available dates to appear before Judge H Goddard, as required by Magistrate Judge Goddard's civil pretrial procedures, when you hung up on me, telling me to go file the papers with the Court.

Per our telephonic meet and confer and your email below, we will proceed with the Court filings.

Best,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA  95815

Tel:  (916) 283-8820
Fax:  (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Monday, November 7, 2022 11:08 AM
**To:** Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller

<jmueller@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

There was a reason I wanted everything in writing—especially when you attempted to blatantly lie.

Mr. Goss will not be attending the deposition notice issued under the dismissed action. Please go ahead and file your motion. Mr. Goss will be objecting to the other deposition notice given the clear harassment efforts you are trying to make.

I have a duty as an attorney to report others who behave in this matter. I will not cease and desist. Please file your motion.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Omid Shabani <oshabani@ellislawgrp.com>
**Sent:** Monday, November 7, 2022 10:52 AM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>; Omid Shabani <oshabani@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Jacob,

I have spoken with Mark and he approves of all of my correspondence with you.  DMS' position would not be any different whether you speak with Mark or I.

Also, Mark, who is certified legal malpractice specialist, informed me that, as I am sure you are aware, threatening an administrative charge to obtain an advantage in a civil dispute is a violation of California Rules of Professional Conduct, Rule 3.10.  Please cease and desist.  I am not going to comment further on your unprofessional behavior.

Lastly, as to my request for telephonic meet and confer on the deposition of Mr. Goss in the related matter (*Zeeto v. DMS et al.*), I would like meet and confer, including, but not limited to, confirming Mr. Goss' appearance at his noticed deposition on November 15th.

Best,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Sunday, November 6, 2022 8:40 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Out of curiosity, Omid. And for the record i am so excited to submit, what does "dismissed" mean to you?

Mark- we are done dealing with Omid given our pending complaint and motion. I have never experienced anything like this before and I'm tired of not charging my client to deal with this blatant harassment unsupported by law (including the weird demands for immediate calls).. I assume (and hope) Omids behavior or representations do not speak for you or your firm. Nonetheless, these games don't work with Zeeto and we will not/have no reason to be dealing with him.

On Nov 6, 2022, at 8:27 PM, Jacob Gillick <jgillick@phglawgroup.com> wrote:

I have done some research and I am unable to file a motion for sanctions on a dismissed case. I have contacted my client and recommended we contact the Bar. An attorney attempting to enforce a deposition pursuant to a dismissed case is alarming. I am disappointed Mark is ok with this. It's embarrassing.

What would you like to meet and confer on the open matter? I think you should wait for the objections and any other motion practice deemed necessary by Zeeto.

On Nov 6, 2022, at 8:19 PM, Omid Shabani <oshabani@ellislawgrp.com> wrote:

Jacob,

To answer your question, The Court's November 2, 2022 Order dismissing the case without prejudice and denying Zeeto's motion for summary judgment as moot ("Order"), states that DMS may file an amended complaint within 30 days of the date of the Order. [Dkt. 18, p. 11:12-13.] I have attached the Court's 11/2/2022 Order to this email, for your reference.

To clarify, I intend to meet and confer with you as to both noticed depositions in both pending cases, respectively, during our telephonic meet and confer, which as you know is required by the Local Rules.

I remain hopeful that we can resolve this discovery matter during our telephonic meet and confer, as required by the Local Rules and Magistrate Judge Goddard's civil pretrial procedures, which I sent to you earlier.

I look forward to our telephonic meet and confer tomorrow at 11:00 A.M.

Best,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA  95815

Tel:  (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Sunday, November 6, 2022 7:34 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

Can you show me where DMS was Ordered to file a Complaint, please? It was granted leave. I am done having this conversation. Go ahead and call the court on the dismissed case.

Best,

Jacob Gillick

On Nov 6, 2022, at 7:23 PM, Jacob Gillick <jgillick@phglawgroup.com> wrote:

Which case are you demanding the immediate meet and confer on? The dismissed one? Why don't you let me know your position via writing so I can determine if there is even a case my client is required to spend attorneys fees on.

Honestly- your behavior does not deserve any more time I have already given it. Would you deal with someone who speaks to you or behaves like this? Unless you can come up with a current case to meet and confer under, I do not see why my client should spend fees.

Everyone I have shown this chain to is baffled. I have no idea what you are trying to accomplish or why you are so unnecessarily aggressive. If you and mark are playing the good cop bad cop game that's fine- but please have legal authority to support your positions. Does Judge Goddard says she does conferences on dismissed cases? I will be seeking sanctions unless you have a reason for us not to.

On Nov 6, 2022, at 7:13 PM, Omid Shabani <oshabani@ellislawgrp.com> wrote:

Jacob,

I am meeting and conferring with you in good faith. The Local Rules for the Southern District of California, Rule 26.1(a), as well as Magistrate Judge Goddard's Civil Pretrial Procedures (Page 3) requires us to meet and confer telephonically to resolve discovery disputes. I have attached the Local Rules and Magistrate Judge Goddard's Civil Pretrial Procedures to this email, for your convenient reference.

Once again, I must speak with you telephonically to resolve this discovery dispute. I look forward to speaking with you tomorrow at 11:00 A.M.

Best,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Sunday, November 6, 2022 7:05 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

I want all of this in writing as I will be requesting sanctions. What do you want the call to be about that you are unilaterally noticing?

Also, your demands that I comply with your schedule on a Sunday night is again unprofessional and a sign of your bad faith. I am not sitting around waiting for you all day. Maybe you should hand this case off. The games are cute but they are not doing your client any favors- actually quite the opposite.

Jacob Gillick

On Nov 6, 2022, at 6:58 PM, Omid Shabani <oshabani@ellislawgrp.com> wrote:

Jacob,

No, both noticed depositions remain on calendar until we speak telephonically. Given the circumstances, the timelines are reasonable. We can discuss at our telephonic meet and confer, in terms of limiting it to one deposition, if Mr. Goss agrees to appear.

I look forward to speaking with you tomorrow. I will call you at 11:00 A.M. Please let me know if you prefer another time.

Thank you,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Sunday, November 6, 2022 6:54 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Leanna Pierce <lpierce@phglawgroup.com>; Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

We were served with another deposition notice with a very short timeline. Are you withdrawing the other unilaterally noticed deposition demand?

Best,

7

Jacob Gillick

On Nov 6, 2022, at 4:23 PM, Omid Shabani <oshabani@ellislawgrp.com> wrote:

Jacob,

I am available to have a telephone conference with you regarding these issues, tomorrow, Monday (11/7/2022), at 11:00 A.M.

If that time does not work for you, please provide me your earliest availability.

Thank you,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Friday, November 4, 2022 2:15 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>; Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

The case was dismissed for lack of jurisdiction. You have leave to file a new Complaint, then go through the steps and conferences before demanding discovery. The Court dismissed the case, it did not keep it open for discovery and leave to amend. It dismissed the case. You do not have authority to be costing my client's money.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Omid Shabani <oshabani@ellislawgrp.com>
**Date:** Friday, November 4, 2022 at 2:09 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>, Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>, Crystal Strong <cstrong@ellislawgrp.com>, Jan Hyde <JHyde@ellislawgrp.com>, Veronica Ornelas <vornelas@ellislawgrp.com>, Mark Ellis <mellis@ellislawgrp.com>, Jennifer Mueller <jmueller@ellislawgrp.com>, Omid Shabani <oshabani@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Jacob,

The Court did not find that it did not have jurisdiction, which moots all the issues raised by your email below. Specifically, the Court noted that Zeeto's evidence as to subject matter jurisdiction was weak. [Dkt. 18:8-25]. The Court did not ultimately decide the jurisdictional issue. The Court dismissed the Complaint, ostensibly with leave to Plaintiff to file an amended complaint within 30 days, presumably to allow jurisdictional discovery. Hence the urgency of the issue re: deposition of Mr. Goss.

Again, please provide your availability to meet and confer ASAP, per Local Rule 26.1(a).

Thank you,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

9

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Friday, November 4, 2022 1:57 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>; Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

The case you noticed the deposition under has been dismissed for lack of jurisdiction. Do you have any legal authority to support your position?  If we have a call, can the Court issue an order under a case that has been dismissed for lack of jurisdiction? Can you file a motion for the Court's consideration when the same Court has stated it does not have jurisdiction over the case? There was no leave granted for discovery.

The time and date for Mr. Borghese are only negotiable within a week. We are concerned about unnecessary delays and further harassment tactics.  Please let me know immediately.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Omid Shabani <oshabani@ellislawgrp.com>
**Date:** Friday, November 4, 2022 at 1:32 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>, Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>, Crystal Strong <cstrong@ellislawgrp.com>, Jan Hyde <JHyde@ellislawgrp.com>, Veronica Ornelas <vornelas@ellislawgrp.com>, Mark Ellis <mellis@ellislawgrp.com>, Jennifer Mueller <jmueller@ellislawgrp.com>, Omid Shabani

<oshabani@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Jacob,

So you are declining to meet and confer with me as required by Local Rule 26.1(a) as to deposition of Mr. Goss?

As to Mr. Borghese, I already informed you that we will produce him, subject to meet and confer as to time, place and manner of taking that deposition. Your attempts to distract from the issue at hand will not go unnoticed, by us or the Court.

Please confirm and provide your availability to hold a telephonic meet and confer per Local Rule 26.1(a). Otherwise, it appears that you are refusing to meet and confer.

Thank you,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Friday, November 4, 2022 1:27 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>; Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Omid,

I am in a trial prep meeting. DMS's lawsuit has been dismissed. You have no authority to be making these demands and my client will not incur unnecessary costs. The Court does not have jurisdiction to hear your

11

argument. Also, demanding a meet and confer call immediately or over the weekend is again unprofessional and unreasonable.

This is my third request that you confirm Mr. Borghese's deposition.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Omid Shabani <oshabani@ellislawgrp.com>
**Date:** Friday, November 4, 2022 at 1:18 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>, Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>, Crystal Strong <cstrong@ellislawgrp.com>, Jan Hyde <JHyde@ellislawgrp.com>, Veronica Ornelas <vornelas@ellislawgrp.com>, Mark Ellis <mellis@ellislawgrp.com>, Jennifer Mueller <jmueller@ellislawgrp.com>, Omid Shabani <oshabani@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss - Request for Telephonic Meet and Confer

Jacob,

I called you and left you a voicemail moments ago, to meet and confer as to the deposition of Mr. Goss.

Pursuant to Southern District of California Local Rule 26.1(a), I am requesting a telephonic meet and confer. I am available today at 2:00 P.M – 5:00 P.M. I am also available on Sunday or Monday, at anytime. Please let me know you availability to hold a telephonic meet and confer today (11/4), or on Sunday (11/6) or Monday (11/7).

Also, per Magistrate Judge Goddard's pretrial procedures, please provide 3 available dates and times for next week to hold a telephone conference with Judge Goddard's chambers, should we fail to resolve this matter telephonically. I am available on Monday (11/7), Tuesday (11/8), and Wednesday (11/9) to hold a telephone conference with Magistrate Judge Goodard.

Thank you,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Friday, November 4, 2022 12:04 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>; Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>; Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss

Omid,

The record is beyond clear who is playing games. I reviewed the law you cited. These cases revolve around *requests* to conduct discovery on jurisdiction. The word "discovery" does not appear once in the 11 page order from the Court. You do not have leave to conduct discovery and your case has been dismissed. You can appeal or re-file.

Mr. Goss will not be attending the deposition. If you file a motion (if you can under a dismissed case) we will seek sanctions. Unfortunately, your tenor and tactics warrant these remedies. Please respond regarding Mr. Borghese under the open case. If he does not attend, we will take a notice of nonappearance and seek an order which includes sanctions.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

13

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Omid Shabani <oshabani@ellislawgrp.com>
**Date:** Thursday, November 3, 2022 at 4:40 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>, Leanna Pierce <lpierce@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>, Crystal Strong <cstrong@ellislawgrp.com>, Jan Hyde <JHyde@ellislawgrp.com>, Veronica Ornelas <vornelas@ellislawgrp.com>, Mark Ellis <mellis@ellislawgrp.com>, Jennifer Mueller <jmueller@ellislawgrp.com>, Omid Shabani <oshabani@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss

Jacob,

The Court denied Zeeto's Motion for Summary Judgment as moot. [Dkt. 18 Fn. 2]. The Court dismissed DMS' Complaint, without prejudice, and granted DMS 30 days to file an amended Complaint. (*Id.,* p. 11:10-11). The Court allowed DMS leave to amend within 30 days, presumably providing time for DMS to conduct jurisdictional discovery. Mr. Goss' deposition was also discussed our the Rule 26 meet and confer.

You know this. Don't play games. Mark told me you were a nice guy, mainly because you share his alma mater, the "Harvard of the West." You are a much better and smarter attorney than to not know these basic procedural matters.

In any case, as I am sure you know, there is plenty of legal authority allowing for jurisdictional discovery when jurisdictional facts are in question: which is what is squarely at issue here. Again, you know this and you know the law permitting jurisdictional discovery; but in case you would like me to recite it for you, please consider the following:

Generally, a plaintiff may be permitted limited discovery where defendant contests personal jurisdiction. See *Boschetto v. Hansing* 539 F.3d 1011, 1020 (9th Cir. 2008); *Natural Resources Defense Council v. Pena,* 147 F.3d 1012, 1024 (DC Cir. 1998) (jurisdictional discovery should be permitted when allegations indicate its "likely utility."

Also, your position is entirely inconsistent. You have notice Mr. Borghese' deposition in the related case. If you are taking the position that discovery is allowed in the related case, then we are amenable to noticing Mr. Goss' deposition in that case.

To ease any concerns, DMS agrees to limit the scope of this deposition to obtaining jurisdictional facts, without waiving its right to depose Mr. Goss as to the merits of the case, at a later stage. Also, to be sure, DMS will produce Mr. Borghese for deposition, subject to meet and confer as to the date. However, here, Zeeto is not in need of jurisdictional discovery; DMS, on the other hand, has a

14

compelling reason for taking limited deposition of Mr. Goss for jurisdictional purposes, given the Court's November 2, 2022 Order. [Dkt. 11].

Please let me know if Mr. Goss will agree to limited deposition for jurisdictional discovery purposes and provide his available dates, on or prior to November 15, 2022. Given the normal turnaround time required for a certified short hand court reporter, to provide transcripts of the deposition, even on a rushed basis, any date before mid-November is entirely reasonable for limited deposition of Mr. Goss for jurisdictional purposes.

Please provide Mr. Goss' availability with a reasonable time on or before November 15, 2022, for a limited deposition for jurisdictional discovery purposes.

Our office is committed to resolving discovery disputes in good faith and without the necessity for judicial intervention.  However, given DMS' concessions as set forth above, should Mr. Goss continue to refuse to submit to a deposition within a reasonable time, DMS will have no choice but to seek the intervention to Magistrate Judge Goddard to compel this deposition of Mr. Goss for jurisdictional discovery purposes.

If I do not hear back from you by close of business tomorrow, we will have no choice but to contact Magistrate Judge Goddard on Monday morning.

I look forward to hearing from you.

Best,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA  95815

Tel:  (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jacob Gillick <jgillick@phglawgroup.com>
**Sent:** Wednesday, November 2, 2022 8:58 PM
**To:** Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>; Mark Ellis <mellis@ellislawgrp.com>;

Jennifer Mueller <jmueller@ellislawgrp.com>; Leanna Pierce <lpierce@phglawgroup.com>
**Subject:** Re: Digital Media v. ZeetoGroup - Deposition of Stephan Goss

Mr. Shabani,

Thank you for your e-mail. Your unilateral noticing of the deposition in eight days' speaks volumes. Nonetheless, Mr. Goss will not be attending the deposition because DMS's lawsuit was dismissed for the lack of jurisdiction. Do you have any authority to be demanding a deposition in a matter that has been dismissed from a Court that has no jurisdiction?

Nonetheless, I very much agree depositions are important. Therefore, please find the deposition notice for Mr. Borghese. Please let us know *Immediately* if he is unable to make it.

Best,

Jacob A. Gillick, Esq.
**PHG Law Group**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Omid Shabani <oshabani@ellislawgrp.com>
**Date:** Wednesday, November 2, 2022 at 1:17 PM
**To:** Jacob Gillick <jgillick@phglawgroup.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>, Crystal Strong <cstrong@ellislawgrp.com>, Jan Hyde <JHyde@ellislawgrp.com>, Veronica Ornelas <vornelas@ellislawgrp.com>, Omid Shabani <oshabani@ellislawgrp.com>, Mark Ellis <mellis@ellislawgrp.com>, Jennifer Mueller <jmueller@ellislawgrp.com>
**Subject:** RE: Digital Media v. ZeetoGroup - Deposition of Stephan Goss

Hi Jac

Per our discussion during the Rule 26 meet and confer, DMS has noticed the deposition of Mr. Goss via Zoom to take place on November 10, 2022, at 10:00 A.M.  Please confirm Mr. Goss' availability.

As you are aware, we must take this deposition ASAP.  If the foregoing date does not work for you or Mr. Goss, please obtain the earliest available dates and contact me to meet and confer, as soon as possible.

Thank you,
Omid

Omid Shabani
*Attorney*
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815

Tel: (916) 283-8820
Fax: (916) 283-8821
Web: ellislawgrp.com

*This e-mail transmission and any document, file or previous message attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient (or a person responsible for delivering it to the intended recipient), you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in, or attached to, this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please: (1) immediately notify me by reply e-mail, or by telephone call to 916-283-8820; and (2) destroy the original transmission and its attachments without reading or saving in any manner.*

**From:** Jennifer Mueller <jmueller@ellislawgrp.com>
**Sent:** Wednesday, November 2, 2022 1:10 PM
**To:** jgillick@phglawgroup.com; Mark Ellis <mellis@ellislawgrp.com>; Omid Shabani <oshabani@ellislawgrp.com>
**Cc:** Rosanne Estrella <restrella@ellislawgrp.com>; Crystal Strong <cstrong@ellislawgrp.com>; Jan Hyde <JHyde@ellislawgrp.com>; Veronica Ornelas <vornelas@ellislawgrp.com>
**Subject:** Digital Media v. ZeetoGroup

Mr. Gillick:

Attached please find a Notice of Taking Stephan Goss' Deposition. A hard copy will follow by regular mail.

Sincerely,

**Jennifer E. Mueller**
**Legal Assistant to Mark E. Ellis,**
 **Omid Shabani and Nicholas Wilcox**
**Ellis Law Group, LLP**
**1425 River Park Drive**
**Suite 400**
**Sacramento, CA 95815**
**(916) 283-8820**
jmueller@ellislawgrp.com

WARNING: The information contained in this e-mail is intended for the use of the individual or entity to which it is addressed, and may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is

strictly prohibited.  If you have received this e-mail in error, please notify us immediately at the telephone number listed above, or by return e-mail to jmueller@ellislawgrp.com and delete this communication in a manner that permanently removes it from any computer drive in your possession.  This document was not intended or written to be used and it cannot be used for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

# EXHIBIT 3

Jacob A. Gillick, SBN 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065

Attorneys for Defendant Zeetogroup, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>ZEETOGROUP, LLC,<br><br>                              Defendants. | Case No. 22CV1184 JLS AHG<br><br>**OBJECTIONS TO NOTICE OF TAKING DEPOSITION OF STEPHAN GOSS**<br><br>Dept:      4D<br>Judge:    Hon. Janis L. Sammartino |

OBJECTIONS TO GOSS DEPOSITION NOTICE          22CV1184 JLS AHG

1      Defendant ZeetoGroup, LLC objects to the Notice of Taking Deposition of

2 Stephan Goss and will not be appearing on November 10, 2022. First, the

3 deposition was served on November 2, 2022, with just eight (8) days' notice.

4 Federal Rules of Civil Procedure Rule 30(b)(1) states "[A] party who wants to

5 depose a person by oral questions must give reasonable written notice to every

6 other party." Defendant ZeetoGroup, LLC contends that eight (8) days does not

7 constitute "reasonable notice." Additionally, this deposition was noticed

8 unilaterally, and Mr. Goss is not available as noticed. This deposition was also

9 noticed in a dismissed case. Mr. Goss will not appear absent a Court order

10 compelling his appearance at this time.

11                             Respectfully submitted,

12                             **PHG Law Group**

13

14 Dated: November 7, 2022

15                             Jacob A. Gillick, Esq.
                            jgillick@PHGLawGroup.com
                            Attorneys for Defendant Zeetogroup, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTIONS TO GOSS DEPOSITION NOTICE         22CV1184 JLS AHG

1   Jacob A. Gillick, SBN 312336
    jgillick@PHGLawGroup.com
2   PHG Law Group
    501 West Broadway, Suite 1480
3   San Diego, CA 92101
    Telephone:  (619) 826-8060
4   Facsimile:  (619) 826-8065

5   Attorneys for Defendant Zeetogroup, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  DIGITAL MEDIA SOLUTIONS,            Case No. 22CV1184 JLS AHG
    LLC,
12                                      **PROOF OF SERVICE**
                         Plaintiff,
13                                      Dept:    4D
         v.                             Judge:   Hon. Janis L. Sammartino
14
15  ZEETOGROUP, LLC,
16                       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

                                      1

PROOF OF SERVICE                                22CV1184 JLS AHG

## PROOF OF SERVICE

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 501 West Broadway, Suite 1480, San Diego, CA, 92101.

On November 7, 2022, I caused to be served the following document(s):

- **OBJECTIONS TO NOTICE OF TAKING DEPOSITION OF STEPHAN GOSS**

on the parties in this action as follows:

| | |
|---|---|
| Mark E. Ellis, Esq.<br>Omid Shabani, Esq.<br>Ellis Law Group LLP<br>1425 River Park Drive, Suite 400<br>Sacramento, CA 95815<br>916-283-8820 – Telephone<br>916-283-8821 – Facsimile | Attorneys for Defendants Digital Media Solutions, LLC, W4 Media, LLC, and Crisp Marketing, LLC |

☒     **BY EMAIL** – I caused the documents to be sent to the person at the electronic notification addresses listed above.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on November 8, 2022, at San Diego, California.

Leanna Pierce

PROOF OF SERVICE

2

22CV1184 JLS AHG