```
Mark E. Ellis - 127159
Omid Shabani - 267447
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
oshabani@ellislawgrp.com
```

Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>     Defendant. | Case No.:  22CV01184 JLS-AHG<br><br>**[PROPOSED] ORDER GRANTING JOINT DISCOVERY MOTION REGARDING PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY**<br><br>Before Magistrate Judge Allison H. Goddard |

The Joint Motion of Plaintiff Digital Media Solutions, LLC for Plaintiff's Request for Jurisdictional Discovery came on for hearing before this Court, Mark E. Ellis and Omid Shabani, Ellis Law Group, LLP, appearing for plaintiff Digital Media Solutions, LLC and Jacob A. Gillick, PHG Law Group, appearing for defendant ZeetoGroup, LLC. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED that Plaintiff Digital Media Solutions' Joint Motion Regarding Plaintiff's Request for Jurisdictional Discovery is GRANTED / DENIED.

IT IS FURTHER ORDERED that Mr. Stephan Goss shall submit to a deposition for jurisdictional discovery within 30 days of this Order.

IT IS FURTHER ORDERED that: _____

1
2  _____
3  _____
4  _____
5  _____
6  _____.

7  Dated:
                                          _____
8                                          Honorable Magistrate Judge Allison H. Goddard

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28