UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Defendant. | Case No.: 3:22-cv-01184-JLS-AHG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

This matter comes before the Court upon Defendant's filing of an Answer to Plaintiff's Amended Complaint on February 6, 2023. ECF No. 25. The Court previously held an Early Neutral Evaluation Conference ("ENE") in this case and in the related case *Zeetogroup, LLC v. Digital Media Solutions, LLC et al.*, 3:22-cv-01396-JLS-AHG on October 27, 2022. ECF No. 15. Although the Court originally scheduled a Case Management Conference ("CMC") to take place immediately after the ENE, the Court vacated the CMC pending resolution of Plaintiff's Motion for Summary Judgment (ECF No. 6) and the Court's Order to Show Cause regarding subject-matter jurisdiction (ECF No. 7). *See id.* At that time, it was in dispute whether federal subject-matter jurisdiction existed in this case, due to the lack of information in the record regarding the citizenship of Defendant Zeetogroup, LLC's ("Zeetogroup") sole member, Stephen Goss. *See* ECF

Nos. 7, 8, 9. The Court ordered motion practice on the dispute and ultimately ruled that Plaintiff was entitled to limited jurisdictional discovery, consisting of a one-hour deposition of Mr. Goss on the topic of his citizenship. ECF No. 23. The Court also reset the deadline for Plaintiff to file an Amended Complaint. *Id.* After deposing Mr. Goss, Plaintiff timely filed its Amended Complaint on January 23, 2023 (ECF No. 24), asserting diversity jurisdiction in this Court, and Defendant filed an Answer on February 6, 2023. ECF No. 25.

Upon review of the record and consultation with the presiding District Judge, the Court finds both cases are now ripe for a Case Management Conference to set a case schedule. Accordingly, the Court **SETS** a CMC before Magistrate Judge Allison H. Goddard on **February 17, 2023** at **10:00 AM**. Although this case is not consolidated with the related case, the Court will hold a CMC in both cases at the same time for the sake of efficiency for the Court and counsel, who are the same in both cases. Client attendance at the CMC is not required.

The parties previously filed a Joint Case Management Statement in this action on October 21, 2022. ECF No. 13. Therefore, the Court will not require the parties to file an updated Joint Case Management Statement before the CMC, although the parties may do so in order to amend dates in their requested case schedule or to update any other aspects of the statement they deem necessary. Counsel for each side must meet and confer no later than **February 13, 2023** to discuss whether to file an updated Joint Case Management Statement in preparation for the CMC. Any such updated statement must be filed by **February 15, 2023**.

Like the ENE, the CMC shall take place *via videoconference*. Counsel are instructed to review the Court's previous order setting the ENE and CMC for technical guidance regarding the use of Zoom, if needed. Chambers staff will circulate a Zoom invitation to **all attorneys who attended the October ENE** in this matter. Counsel should notify the Court of any changes to their attorney participant list by **February 15, 2023**.

All participants shall display the same level of professionalism and be prepared to

devote their full attention to the CMC as if they were attending in person (e.g., cannot be driving or in a car while speaking to the Court). All participants shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

**IT IS SO ORDERED.**

Dated: February 9, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge