# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digital Media Solution, LLC, <br> Plaintiff, <br> v. <br> ZeetoGroup, LLC, <br> Defendant. | Civil Case No. 3:22-cv-001184-JSL-AHG <br><br> **NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names* | *Signatures of parties and attorneys* | *Dates* |
|---|---|---|
| Jacob Gillick | | |
| Omid Shabani | /O. [signature] | 3/7/23 |
| | | |
| | | |

## REFERENCE ORDER

IT IS ORDERED: This case is referred to United States Magistrate Judge _____ to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____    _____
　　　　　　　　　　　　　　　United States District Judge

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in this case, entitled **DIGITAL MEDIA SOLUTIONS v. ZEETO GROUP, LLC**. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On March 7, 2023, I served the following document(s) on the parties in the within action:

NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

| | |
|---|---|
| X | **VIA ECF/PACER SERVICE:** I hereby certify that on this date, I electronically filed the foregoing documents with the Clerk of the Court for the Court in which this matter is venued by using the Court's CM/ECF system. The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service to the following: |

Jacob A. Gillick  
PHG Law Group  
501 W. Broadway  
Suite 1480  
San Diego, CA 92101

Attorneys for Defendant  
Zeetogroup, LLC

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on March 7, 2023.

By: _____  
Jennifer Mueller