Mark E. Ellis – 127159
mellis@ellislawgrp.com
Omid Shabani – 267447
oshabani@ellislawgrp.com
**ELLIS LAW GROUP LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>  Defendant. | Case No.: 22CV01184 JLS-AHG<br><br>**NOTICE OF WITHDRAWAL OF ECF DOCUMENT NUMBER 30** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Digital Media Solutions, LLC, through undersigned counsel and pursuant to CivLR 7.1(g)(1) hereby withdraws ECF Document Number 30.

Dated: March 8, 2023                    **ELLIS LAW GROUP, LLP**

By: /s/ *Omid Shabani*
   Omid Shabani
   Attorney for Plaintiff
   Digital Media Solutions, LLC

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On March 8, 2023, I served the following document(s) on the parties in the within action:

**NOTICE OF WITHDRAWAL OF ECF DOCUMENT NUMBER 30**

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| Jacob A. Gillick<br>PHG Law Group<br>501 W. Broadway<br>Suite 1480<br>San Diego, CA 92101 | Attorneys for Defendant<br>Zeetogroup, LLC |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on March 8, 2023.

By: /s/ Jennifer Mueller
Jennifer Mueller