Mark E. Ellis – 127159
mellis@ellislawgrp.com
Omid Shabani – 267447
oshabani@ellislawgrp.com
**ELLIS LAW GROUP LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>    Defendant. | Case No.: 3:22-cv-01184-AHG<br><br>**JOINT MOTION FOR ORDER ON [PROPOSED] JOINT BRIEFING SCHEDULE AS TO DEFENDANT ZEETOGROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**<br>[CivLR 7.2(b)]<br><br>(ECF No. 6) |

## **PARTIES' JOINT PROPOSED BRIEFING SCHEDULE FOR DEFENDANT ZEETOGROUP, LLC'S MOTION FOR SUMMARY JUDGMENT**

The parties make the following joint motion pursuant to the case management conference held on 2/17/2023 (ECF No. 28) and the Scheduling Order issued by this Court on 3/09/2023 (ECF No. 33), directing the parties to submit a joint motion proposing a briefing schedule for Defendant Zeetogroup, LLC's Motion for Summary Judgment (ECF No. 6). After meeting and conferring, the parties were unable to come to an agreement as to the appropriate timing for resubmission of the Motion for Summary Judgment.

- 1 -

Therefore, each party submits their position below and respectfully requests the Court's discretion in setting a briefing schedule.

## A. <u>Digital Media Solutions, LLC's Position</u>

1. Plaintiff Digital Media Solutions, LLC's Opposition shall be filed with the Court by no later than July 17, 2023, to allow sufficient time for Plaintiff to conduct written discovery and the necessary depositions related to Defendant's claims;

2. Defendant Zeetogroup, LLC's Reply Memorandum of Points and Authorities shall be filed with the Court by no later than July 24, 2023, per CivLR 7.1(e)(3).

/ / /

/ / /

## B. <u>ZeetoGroup, LLC's Position</u>

3. ZeetoGroup, LLC ("Zeeto") believes that all of the Motion for Summary Judgment papers should be re-submitted immediately to the Court for judgment. The parties have already briefed the entire Motion for Summary Judgment, Opposition, and Reply. There is no need for further delay.

4. Plaintiff requests time to conduct discovery before an Opposition is filed. This would not only delay the matter further, but it would give Defendant an improper "second bite at the apple" to oppose the same motion a second time. It is also Zeeto's position that discovery is not necessary given the analysis of this Court being confined to

- 2 -

JOINT MOTION FOR ORDER ON [PROPOSED] JOINT BRIEFING SCHEDULE FOR DEFENDANT ZEETOGROUP, LLC'S MOTION FOR SUMMARY JUDGMENT
3:22-cv-01184-AHG

the four corners of the contract in dispute.

Dated: March 20, 2023            **ELLIS LAW GROUP LLP**

By: /s/ *Omid Shabani*
    Omid Shabani
    Attorney for Plaintiff
    DIGITAL MEDIA SOLUTIONS, LLC

Dated: March 20, 2023            **PHG Law Group**

By: /s/ *Jacob Gillick*
    Jacob Gillick
    Attorney for Defendant
    ZEETOGROUP, LLC

- 3 -

JOINT MOTION FOR ORDER ON [PROPOSED] JOINT BRIEFING SCHEDULE FOR DEFENDANT ZEETOGROUP, LLC'S MOTION FOR SUMMARY JUDGMENT
3:22-cv-01184-AHG