| | |
|---|---|
| 1 | Mark E. Ellis – 127159 |
| 2 | mellis@ellislawgrp.com |
|   | Omid Shabani – 267447 |
| 3 | oshabani@ellislawgrp.com |
|   | **ELLIS LAW GROUP LLP** |
| 4 | 1425 River Park Drive, Suite 400 |
|   | Sacramento, CA 95815 |
| 5 | Tel: (916) 283-8820 |
|   | Fax: (916) 283-8821 |
| 6 | Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC, | Case No.: 3:22-cv-01184-AHG |
| Plaintiff, | **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT ZEETOGROUP, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ZEETOGROUP, LLC, | |
| Defendant. | (ECF No. 6) |

This matter comes before the Court upon the parties' filing of their joint motion on a proposed briefing schedule for Defendant Zeetogroup, LLC's Motion for Summary Judgment (ECF No. 6), pursuant to the Court's Scheduling Order issued on 3/09/2023. *See,* ECF No. 33, p. 2, ¶ 1.

Upon review of the record and good cause appearing, the Court hereby sets the briefing schedule for Defendant Zeetogroup, LLC's Motion for Summary Judgment, as follows:

1. Defendant Zeetogroup, LLC shall file a renewed motion for summary

judgment on July 3, 2023;

2. Plaintiff Digital Media Solutions, LLC's Opposition shall be filed with the Court by no later than July 17, 2023, per CivLR 7.1(e)(2);

3. Defendant Zeetogroup, LLC's Reply Memorandum of Points and Authorities shall be filed with the Court by no later than July 24, 2023, per CivLR 7.1(e)(3);

4. The hearing on Defendant Zeetogroup, LLC's renewed motion for summary judgment shall be set for July 31, 2023, or as soon thereafter as the Court can hear the motion.

Dated: _____      _____
                                  Honorable Allison H. Goddard
                                  United States Magistrate Judge