1  Mark E. Ellis – 127159
   mellis@ellislawgrp.com
2  Omid Shabani – 267447
   oshabani@ellislawgrp.com
3  **ELLIS LAW GROUP, LLP**
   1425 River Park Drive, Suite 400
4  Sacramento, CA 95815
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

6  Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>    Defendant. | Case No.: 3:22-cv-01184-AHG<br><br>**JOINT MOTION FOR ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES**<br>[CivLR 7.2(b)] |
| ZEETOGROUP, LLC,<br><br>v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC; W4 MEDIA, LLC; CRISP MARKETING, LLC and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 3:22-cv-01396-AHG |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to CivLR 7.2(b), Plaintiff Digital Media Solutions, LLC and Defendant Zeetogroup, LLC, by and through their respective counsel of record, hereby submit the

following Joint Motion for an Order of the Court granting the parties' Stipulation to Consolidate Cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

After meeting and conferring, the parties are uncertain and were unable to reach an agreement as to which case number will be the lead case number in the consolidated action. Therefore, the parties submit their respective positions below and respectfully request the Court's discretion in assigning the lead case number to the consolidate action.

### A. <u>Zeetogroup, LLC's Position</u>

Zeetogroup, LLC ("Zeeto") maintains that Rule 42 does not reference a lower or higher numbered case. Neither does Rule 7.2. Instead, Rule 5.1(i)(3) seems to indicate that the low numbered case (*DMS v. Zeeto* which was filed second in time) is not the "lead case." In *Paxonet Communs. Inc. v. Transwitch Corp*, 303 F. Supp.2d 1027, 1029 (N.D. Cal. 2003) the Court states a preference for the case which was filed first in time when it comes to consolidation and who has priority. Zeeto is of the position that Zeeto filed its complaint first and is therefore the lead case.

### B. <u>Digital Media Solustions, LLC's Position</u>

Digital Media Solustions, LLC ("DMS") maintains that the determination of lead case number shall be in the discretion of the Court and pursuant to the Local Rules of the Court, including, but not limited to, the provisions of CivLR 40.1.

/ / /

/ / /

/ / /

- 2 -

JOINT MOTION FOR ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES
22-cv-01184-AHG

# RECITATIONS

WEHEREAS presently pending in this Court are two related actions identified as below:

1. *Digital Media Solutions, LLC v. Zeetogroup, LLC,* United States District Court, Southern District of California, Case No. 3:22-cv-01184-AHG ("*DMS v. Zeeto*"); and,

2. *Zeetogroup, LLC v. Digital Media Solutions, LLC, et al.,* United States District Court, Southern District of California, Case No. 3:22-cv-01396-AHG ("*Zeeto v. DMS et al.*").

WHEREAS all parties now in both actions ("Parties") seek to consolidate the above related actions pursuant to Rule 42 of the Federal Rules of Civil Procedure because each of the actions raise or otherwise involve common questions of fact and law, including, but not limited to, breach of contract, course of conduct, and damages;

WHEREAS the instant actions of *DMS v. Zeeto* and *Zeeto v. DMS et al.* both have been properly filed or otherwise brought in the United States District Court, Southern District of California, and involve the same facts and circumstances, share many of the causes of action, and would require the same legal analysis, and as such, satisfy the only requirement for consolidation under Rule 42(a);

WHEREAS, consolidating the two cases would clearly serve the interest of justice, increase judicial efficiency, avoid duplicative evidence, procedures, and inconsistent

adjudications, precludes waste, and alleviates potential burdens to the Court and to all parties involved.

## **JOINT STIPULATION**

IT IS HEREBY STIPULATED, by and between the Parties, by and through their respective attorneys of record that the Southern District of California Cases *Digital Media Solutions, LLC v. Zeetogroup, LLC,* Case No. 3:22-cv-01184-AHG, and *Zeetogroup, LLC v. Digital Media Solutions, LLC, et al.,* Case No. 3:22-cv-01396-AHG shall be consolidated for all purposes, including, but not limited to, discovery and trial.

IT IS SO STIPULATED.

Dated: May 11, 2023                ELLIS LAW GROUP LLP

                                                  By */s/ Omid Shabani*
                                                       Omid Shabani
                                                       Attorney for Plaintiff
                                                       DIGITAL MEDIA SOLUTIONS, LLC

Dated: May 15, 2023                PHG LAW GROUP

                                                  By */s/ Jacob A. Gillick*
                                                       Jacob A. Gillick
                                                       Attorney for Defendant
                                                       ZEETOGROUP, LLC