<pre>
1  Mark E. Ellis – 127159
   mellis@ellislawgrp.com
2  Lawrence K. Iglesias – 303700
   liglesias@ellislawgrp.com
3  ELLIS LAW GROUP, LLP
   1425 River Park Drive, Suite 400
4  Sacramento, CA  95815
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

6  Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC
</pre>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>    Defendant. | Case No.: 22-cv-01184 AHG<br>(Consolidated with No. 3:22-cv-01396 AHG)<br><br>**PROOF OF SERVICE**<br><br>DATE:    August 9, 2023<br>TIME:    1:30 p.m.<br>DEPT:    5A<br>JUDGE:   Hon. Allison H. Goddard |

# CERTIFICATE OF SERVICE

I, Jan Hyde, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in this case, entitled **DIGITAL MEDIA SOLUTIONS v. ZEETO GROUP, LLC**. My business address is 1425 River Park Drive, Suite 400, Sacramento, CA 95815.

On July 26, 2023, I served the following document(s) on the parties in the within action:

1. OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
2. OBJECTIONS TO EVIDENCE
3. DECLARATION OF LAWRENCE K. IGLESIAS IN SUPPORT OF OPPOSITIION TO MOTION FOR SUMMARY JUDGMENT
4. DECLARATION OF FERNANDO BORGHESE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

| X | **VIA ECF/PACER SERVICE**: I hereby certify that on this date, I electronically filed the foregoing documents with the Clerk of the Court for the Court in which this matter is venued by using the Court's CM/ECF system. The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, to the email address registered with the Court, as stipulated by all parties to constitute personal service to the following: |
|---|---|

Jacob A. Gillick  
PHG Law Group  
501 W. Broadway  
Suite 1480  
San Diego, CA 92101

Attorneys for  
Defendant Zeetogroup, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is a true and correct statement and that this Certificate was executed on July 26, 2023.

By. _____  
Jan Hyde

PROOF OF SERVICE BY CM/ECF SERVICE