Jacob A. Gillick, SBN 312336
jgillick@PHGLawGroup.com
PHG Law Group
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendant Zeetogroup, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　Defendants. | Case No. 22-cv-1184-AHG<br>Consolidated with<br>Case No. 22-cv-1396-AHG<br><br>**JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>Dept:　5A<br>Judge:　Hon. Allison H. Goddard |

The parties, through their respective attorneys of record, jointly move the court for an order continuing the Mandatory Settlement Conference currently scheduled for August 22, 2023. The parties hereby make this application on the following grounds:

1. On August 12, 2022, Digital Media Services ("DMS") filed their Complaint against ZeetoGroup, LLC ("Zeeto").

2. Also on August 12, 2022, Zeeto filed a Complaint against DMS in State Court. On September 14, 2022, DMS removed Zeeto's Complaint to Federal Court.

3. On May 17, 2023, the matters were consolidated in the instant action.

4. On July 12, 2023, Zeeto filed its renewed Motion for Summary Judgment [Dkt. 39]. The motion has been fully briefed and was taken under submission on August 7, 2023.

5. Pursuant to Docket Entry 38 (no document attached, text only), there is a Mandatory Settlement Conference ("MSC") set for August 22, 2023, before the Honorable David D. Leshner.

6. Due to an out-of-town emergency meeting with a client, Shayne Cardwell, the Chief Revenue Officer for Zeeto is unavailable on August 22, 2023. Although Zeeto prefers that Mr. Cardwell be present at the MSC, the other client contact, Stephan Goss, the President and CEO of Zeeto is currently residing in Ukraine. The time of the currently scheduled Mandatory Settlement Conference is too late for him to attend.

7. Counsel has met and conferred and agrees that continuing the MSC to a date when Mr. Cardwell can be present is in the best interest of all parties. All counsel and their clients are available on their following dates:

    a. August 23, 2023 (Afternoon)

    b. August 24, 2023 (Morning or Afternoon)

    c. August 25, 2023 (Afternoon)

|   |   |   |
|---|---|---|
| d. | August 28, 2023 (Morning or Afternoon) |
| e. | August 29, 2023 (Morning or Afternoon) |
| f. | September 5, 2023 (Morning or Afternoon) |
| g. | September 6, 2023 (Morning or Afternoon) |
| h. | September 7, 2023 (Morning or Afternoon) |
| i. | September 8, 2023 (Morning or Afternoon) |
| j. | September 11, 2023 (Morning or Afternoon) |
| k. | September 12, 2023 (Morning or Afternoon) |

Additionally, Mr. Caldwell will be on company business out of the country from September 15-October 16, 2023.

8. Lastly, the parties agree that continuing the MSC would not prejudice the parties.

Respectfully submitted,

**PHG Law Group**

Dated: August 9, 2023

*s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Defendant Zeetogroup, LLC

Dated: August 9, 2023

ELLIS LAW GROUP LLP

By *s/ Lawrence K. Iglesias*
Lawrence K. Iglesias
Attorney for Plaintiff
DIGITAL MEDIA SOLUTIONS, LLC