Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>       Defendant. | Case No.: 22-cv-01184 AHG<br>(Consolidated with No. 3:22-cv-01396 AHG)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO HOLD MANDATORY SETTLEMENT CONFERENCE REMOTELY**<br><br>DATE:    August 24, 2023<br>TIME:    9:00 a.m.<br>JUDGE:   Magistrate Judge David Leshner |

The Joint Motion of Plaintiff Digital Media Solutions, LLC and Defendant ZeetoGroup, LLC for the Mandatory Settlement Conference came before the Court. After consideration of the parties' Joint Motion and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Settlement Conference will be held remotely.

Dated:

_____
Honorable Magistrate Judge David Leshner

- 1 -

-title-