Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP, LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for
PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　Defendant. | Case No.: 22-cv-01184 AHG<br>(Consolidated with No. 3:22-cv-01396 AHG)<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

　　　Omid Shabani hereby withdraws as counsel in the above-entitled action. As of May 19, 2023 Mr. Shabani is no longer employed with the Ellis Law group, LLP. Mark E. Ellis will remain attorney of record for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC.

Dated: August 14, 2023

　　　　　　　　　　　　　　　　ELLIS LAW GROUP, LLP

　　　　　　　　　　　　　　　　By */s/ Mark E. Ellis*
　　　　　　　　　　　　　　　　　Mark E. Ellis
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　DIGITAL MEDIA SOLUTIONS, LLC

- 1 -