Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP, LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for
PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>　　　Defendant. | Case No.: 22-cv-01184 AHG<br>(Consolidated with No. 3:22-cv-01396 AHG)<br><br>**NOTICE OF APPEARANCE FOR LAWRENCE K. IGLESIAS** |

TO ALL PARTIES AND THE CLERK OF THE COURT:

I, LAWRENCE K. IGLESIAS, hereby request that my appearance be entered on behalf of Plaintiff DIGITAL MEDIA SOLUTIONS, LLC. I am an associate with the law offices of Ellis Law Group LLP, counsel for Plaintiff DIGITAL MEDIA SOLUTIONS, LLC.

I am admitted to practice in this court, and I appear on behalf of Plaintiff DIGITAL MEDIA SOLUTIONS, LLC.

Dated: September 12, 2023

　　　　　　　　　　　　　　　　　　ELLIS LAW GROUP, LLP

　　　　　　　　　　　　　　　　　　By /S/ Lawrence K. Iglesias
　　　　　　　　　　　　　　　　　　　　Lawrence K. Iglesias
　　　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　　　PLAINTIFF DIGITAL MEDIA SOLUTIONS, LLC

- 1 -

NOTICE OF APPEARANCE