UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>                      Defendant. | Lead Case No.: 3:22-cv-01184-AHG<br><br>(Consolidated with No. 3:22-cv-01396-AHG)<br><br>**ORDER:**<br><br>**(1) SETTING DISCOVERY CONFERENCE; and**<br><br>**(2) SETTING DEADLINE TO LODGE JOINT DISCOVERY CHART WITH THE COURT** |

This matter comes before the Court upon the request of the parties for court intervention in their disputes regarding the responses of Digital Media Solutions, LLC, W4 Media, LLC, and Crisp Marketing, LLC ("DMS, W4, and Crisp") to the Requests for Admission, Requests for Production of Documents, and Special Interrogatories served by Zeetogroup, LLC ("Zeetogroup" or "Defendant").[1] The Court understands from the parties' email correspondence that DMS intends to supplement its responses, and that Crisp and W4 have not yet responded to discovery requests.

To address the parties' disputes while allowing them additional time to meet and confer regarding the forthcoming supplemental responses, the Court sets a Discovery Conference for **October 12, 2023** at **2:00 p.m.** before Magistrate Judge Allison H. Goddard. DMS, W4, and Crisp must serve supplemental responses (or initial responses) to Zeetogroup's discovery requests no later than **September 22, 2023**. Pursuant to Fed. R. Civ. P. 26(b)(5), any responsive documents withheld on the basis of either attorney-client or work product privilege must be listed and described in a privilege log accompanying the supplemental responses by the same deadline. Following supplementation, counsel for the parties must meet and confer **in person or over the phone** regarding the responses that remain in dispute no later than **October 2, 2023**.

The Discovery Conference will take place via **videoconference**. In preparation for the hearing, the Court hereby **ORDERS** as follows:

(1) The Court will use its official Zoom videoconferencing account to hold the Conference. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[2] Joining a Zoom conference does not require creating a Zoom

---

[1] Zeetogroup is the Defendant in this action, but is the Plaintiff in consolidated related action 3:22-cv-01396-AHG. DMS, W4, and Crisp are all Defendants in the related action, and W4 and Crisp are subsidiaries of DMS.

[2] If possible, participants are encouraged to use laptops or desktop computers for the

account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Discovery Conference. There is a cost-free option for creating a Zoom account.

(2) No later than **October 10, 2023**, counsel for each party shall send an email to the Court at <u>efile_goddard@casd.uscourts.gov</u> containing (a) the name of each attorney expected to attend the hearing for their side, and (b) an **email address for each participant** to receive the Zoom invitation.

(3) One day before the Conference, the Court will email each participant a Zoom invitation. Again, if possible, participants are encouraged to use laptops or desktop computers for the videoconference, as mobile devices often offer inferior performance. Participants shall join the videoconference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. Each participant should plan to join the Zoom videoconference five minutes before the start of the hearing to ensure that the hearing begins promptly.

(4) All participants shall display the same level of professionalism during the hearing and be prepared to devote their full attention to as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Counsel are advised that although the hearing will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, including by dressing in appropriate courtroom attire. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is

---

video conference, rather than mobile devices.

readily available during the videoconference.

Additionally, counsel are **ORDERED** to meet and confer and submit a Joint Discovery Chart to the Court at efile_goddard@casd.uscourts.gov no later than **October 10, 2023**. **The parties should not file the Joint Discovery Chart**. The Joint Discovery Chart shall contain a table in the following format:

| Discovery request number (and set, if applicable) | Exact language of Zeetogroup's discovery request as served. | Exact language of response as served. |
|---|---|---|
|  |  |  |

Any questions regarding the required chart should be directed to Judge Goddard's law clerks at efile_goddard@casd.uscourts.gov.

Counsel **should not argue the parties' positions** on any of the at-issue discovery requests in the chart or in the accompanying email. If any discovery disputes remain regarding issues outside of the responses to Zeetogroup's discovery requests listed in the chart (e.g., the privilege log issue), the parties should note all such disputes in the email to the Court but should not argue their positions in the email. The Court will hear argument during the Discovery Conference only.

**IT IS SO ORDERED.**

Dated: September 13, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge