| 1 | Jacob A. Gillick, SBN 312336 |
| --- | --- |
| 2 | jgillick@PHGLawGroup.com |
|   | PHG Law Group |
| 3 | 501 West Broadway, Suite 1480 |
|   | San Diego, CA 92101 |
| 4 | Telephone: (619) 826-8060 |
|   | Facsimile: (619) 826-8065 |
| 5 | Attorneys for Defendant Zeetogroup, LLC |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DIGITAL MEDIA SOLUTIONS, LLC, | Case No. 22CV1184 AHG |
| --- | --- |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| ZEETOGROUP, LLC, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that ZeetoGroup, LLC make the following substitution of attorney:

Former legal representative: Jacob A. Gillick with PHG Law Group.

New legal representative: Jacob A. Gillick with Gillick Legal APC, 1420 Kettner Boulevard, Suite 108, San Diego, California 92101, 858-250-0656, jgillick@GillickLegal.com.

ZeetoGroup, LLC consents to this substitution. See attached Consent Order Granting Substitution of Attorney signed by Shayne Cardwell of ZeetoGroup, LLC attached hereto as Exhibit 1.

Respectfully submitted,

**PHG Law Group**

Dated: September 20, 2023         *s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@PHGLawGroup.com
Attorneys for Defendant Zeetogroup, LLC

EXHIBIT 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFONRIA

DIGITAL MEDIA SOLUTIONS, LLC
                      Plaintiff (s),
V.
ZEETOGROUP, LLC
                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22CV1184 AHG

Notice is hereby given that, subject to approval by the court, ZeetoGroup, LLC substitutes
(Party (s) Name)

Jacob A. Gillick , State Bar No. 312336 as counsel of record in
(Name of New Attorney)

place of Jacob A. Gillick .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Gillick Legal APC
    Address: 1420 Kettner Boulevard, Suite 108, San Diego, CA 92101
    Telephone: (858) 250-0656     Facsimile
    E-Mail (Optional): jgillick@GillickLegal.com

I consent to the above substitution.
Date: 9/12/2023

Shayne Cardwell
(Signature of Party (s))

I consent to being substituted.
Date: 9/12/2023

Jacob Gillick
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/12/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____ _____
                                                                       Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**