# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Defendant. | Lead Case No.: 3:22-cv-01184-AHG<br><br>(Consolidated with No. 3:22-cv-01396-AHG)<br><br>**ORDER VACATING DISCOVERY CONFERENCE** |

Based on the parties' notification to the Court that Digital Media Solutions, LLC is serving supplemental discovery responses in response to the Requests for Admission, Requests for Production of Documents, and Special Interrogatories served by Zeetogroup, LLC, and upon the joint request of the parties, the Discovery Conference previously set for October 12, 2023 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: October 11, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge