Jacob A. Gillick, SBN 312336
JGillick@GillickLegal.com
Gillick Legal, APC
1420 Kettner Blvd. Suite 108
San Diego, CA 92101
Telephone: (858) 250-0656

Attorneys for Defendant/Cross-Plaintiff
Zeetogroup, LLC

Mark E. Ellis – 127159
mellis@ellislawgrp.com
Lawrence K. Iglesias – 303700
liglesias@ellislawgrp.com
**ELLIS LAW GROUP, LLP**
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Plaintiff/Cross-Defendant DIGITAL
MEDIA SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZEETOGROUP, LLC,<br><br>                    Defendant. | Case No. 22CV1184 JLS AHG<br><br>**JOINT REQUEST TO VACATE SCHEDULING ORDER UNTIL AFTER MANDATORY SETTLEMENT CONFERNECE** |
| ZEETOGROUP, LLC,<br><br>                    Cross-Plaintiff,<br><br>        v.<br><br>DIGITAL MEDIA SOLUTIONS, LLC,<br><br>                    Cross- Defendant. | Case No. 22CV1396 JLS AHG |

1

JOINT REQUEST TO VACATE SCHEDULING ORDER

Pursuant to the Local Rules of this Court, and the Chambers Rules of Magistrate Judge Allison H. Goddard, Plaintiff/Cross-Defendant Digital Media Solutions, LLC, and Defendant/Cross-Plaintiff Zeetogroup, LLC, (collectively the "Parties") jointly submit this Request to Vacate the Scheduling Order.

1. The Parties respectfully request the Court vacate all future dates set forth in the Scheduling Order dated March 9, 2023. Dkt. 33.

2. This request is made in light of the pending Motion for Summary Judgment (Dkt. 39) and required Mandatory Settlement Conference in front of Judge Lesher following issuance of a decision on the Motion for Summary Judgment. Dkt. 49.

3. The Parties propose that the Court vacate all future dates and issue a new Scheduling Order following the resolution of the Motion for Summary Judgment and the conclusion of the Mandatory Settlement Conference. *See* Dkt. 49. This approach will allow for more efficient case management, financial management, and scheduling based on the case's status at that time.

4. The Parties request discovery remain closed and only future dates be vacated.

5. The Parties believe that this request is in the best interests of judicial economy and will aid in the efficient resolution of this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JOINT REQUEST TO VACATE SCHEDULING ORDER

WHEREFORE, the Parties respectfully request that the Court grant this Joint Request to Vacate the Scheduling Order, vacating the future dates and setting a new schedule after the determination of the pending Motion for Summary Judgment and Mandatory Settlement Conference.

Respectfully submitted,

**Gillick Legal, APC**

Dated:  November 28, 2023

Jacob A. Gillick, Esq.
Jgillick@GillickLegal.com
Attorneys for Defendant Zeetogroup, LLC

Dated:  November 28, 2023        ELLIS LAW GROUP, LLP

By */s/ Lawrence K. Iglesias*
Lawrence K. Iglesias
Attorney for Plaintiff
DIGITAL MEDIA SOLUTIONS, LLC

JOINT REQUEST TO VACATE SCHEDULING ORDER

# **[PROPOSED]** **ORDER**

Based upon the Stipulation of the parties and for good cause showing:

**IT IS ORDERED:**

1. The Court shall vacate all future dates and issue a new Scheduling Order after the Mandatory Settlement Conference is held in front of Judge Leshner.

2. No other deadlines in the Court's March 9, 2023, Scheduling Order regarding discovery will be changed.

DATED: _____

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

JOINT REQUEST TO VACATE SCHEDULING ORDER