UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL MEDIA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Defendant. | Lead Case No.: 3:22-cv-01184-AHG<br><br>(Consolidated with No. 3:22-cv-01396-AHG)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DATES IN CASE SCHEDULE**<br><br>**[ECF No. 54]** |

Before the Court is the parties' Joint Motion to Vacate Scheduling Order Until After Mandatory Settlement Conference. ECF No. 54. Good cause appearing, the Court **GRANTS** the Joint Motion. The deadline to file pretrial motions, the final Pretrial Conference, the Trial date, and all related pretrial deadlines are hereby **VACATED**. Discovery in this action remains closed.

If necessary, the Court will hold an additional Case Management Conference to reset the dates in the case schedule following resolution of the pending Motion for Summary Judgment and conclusion of the Mandatory Settlement Conference, which is slated to take place after the motion is resolved.

**IT IS SO ORDERED.**

Dated: November 30, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge